CONFIDENTIAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION
_____

This Document Relates To:

ATA ACTIONS
_____/
                       Case No. 09-80683-CIV-MARRA

OLIVIA PESCATORE, et al.,

                Plaintiffs,

      - against -

CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

               Defendants.
_____/

### EXPERT REPORT OF DR. RAEL STROUS
### *Re:*  **Frank Pescatore Sr**

I have been retained by the Plaintiffs in the matter of *Pescatore v. Chiquita Brands International, Inc*., to provide a report and testimony regarding the mental health of Frank Pescatore Sr.

### Professional Qualifications

1.      I am a Medical Doctor specializing in psychiatry.  I am currently employed as the Deputy Hospital Director and Director of the Ambulatory Service of the Be'er Yaakov Mental Health Center located in Be'er Yaakov, Israel.  I also serve as Full Professor, Department of Psychiatry at the Sackler Faculty of Medicine at the Tel Aviv University and maintain a small private practice in clinical psychiatry.

2.      I received my medical degree in 1989 from the University of Witwatersrand in Johannesburg, South Africa.  Between 1992 and 1996, I performed my residency in psychiatry at the Albert Einstein College of Medicine in the Bronx, New York.  In 1996, I served as Chief Resident at the Bronx Psychiatric State Hospital.  From 1996 through 1998, I performed a clinical research fellowship in psychopharmacology at the Commonwealth Research Center, Massachusetts Mental Health Center affiliated with the Harvard Medical School.

3.      Before embarking on my career in psychiatry, I served as an emergency room doctor and as a general physician in pediatrics and trauma.

4.      I have approximately 150 peer reviewed research publications to my name including several in the field of chronic post-traumatic stress disorder (PTSD).

5.      Based on my education and experience as outlined above, I have provided expert reports that were submitted as exhibits in *Biton v. The Palestinian Interim Self-Government Authority, et al.*, 01 CV 382 (RWR), *Gilmore v. The Palestinian Interim Self-Government Authority et al.,* 01-cv-00853 (GK), *Rubin v. Islamic Republic of Iran* 01-1655 (RCL), *Ben Haim v. Islamic Republic of Iran*, 02-01811 (RCL) and *Kaplan v. Hezbollah, et al.*, No. 09-cv-646 (RWR)  in the United States District Court for the District of Columbia, *Leibovitch v. The Syrian Arab Republic et al.*, 08 CV 01939 (WTH) in the United States District Court for the Northern District of Illinois, and in *Shatsky v. The Syrian Arab Republic et. al*., 02-2280-RJL in the United States District Court of the District of Columbia.  I testified at a deposition in*, Sapirstein v. Palestinian Authority*, Case No. 0420225-CIV-Turnoff in the United States District Court for the Southern District of Florida. I have testified as an expert at one trial *Sokolow v.*

*Palestinian Liberation Organization et al.,* 04-CV-397(GBD).  In Israel, I have also submitted court mandated evaluations of psychiatric patients.

6.      A copy of my curriculum vitae, including a list of all publications authored by me within the preceding ten years, is attached hereto.

7.      I have been asked to provide a report for Frank Pescatore Sr who was deceased in March 2016.[1]  To prepare this report, I spoke to Mr. Pescatore's son, Richard Pescatore (20 June 2016), to Mr. Pescatore's son in law, Greg Sparrow (23 June 2016), to Mr. Pescatore's daughter, Carol Harpster (30 June 2016) and to Mr. Pescatore's son, John Pescatore (15 June 2016). Upon evaluating these sources of information, I prepared a written Psychiatric Report for Frank Pescatore Sr.  That written Psychiatric Report represented my professional assessment of Frank Pescatore Sr given the limitations as detailed in the report.  Accordingly, I incorporate by reference into this report the Psychiatric report regarding Plaintiff Frank Pescatore Sr 3 July 2016 (attached hereto).

### Psychiatric Disorders

8.      To facilitate understanding and analysis of the Psychiatric Evaluation, I am including a brief explanation of Persistent Complex Bereavement Disorder and Depressive Disorder which afflicted Frank Pescatore Sr as indicated in his Psychiatric Report.

### Persistent Complex Bereavement Disorder

9.      Persistent Complex Bereavement Disorder (also known as Pathological Grief or Complicated Mourning) refers to a description of the normal mourning process that leads to

---

[1] For my study and testimony in the case, I am being compensated at $300/hour plus an added 17% VAT.

chronic or ongoing mourning. The term "Pathological Grief" is applied to people who are unable to get over their grief despite the passage of time. It can take most people up to several years to get past a serious loss especially when the loss is associated with a violent and unexpected death. The person may experience intrusive distressing preoccupation with the deceased and wish to be reunited with the deceased. They may feel a sense of futility about the future, difficulty acknowledging the death, excessive irritability, bitterness or anger about the unfairness of the death and most significantly impaired social/occupational functioning. A pathological grief reaction is usually diagnosed after a long time (one or more years) has passed and the grieving person is not improving as expected.

## **Persistent Depressive Disorder (Dysthymic Disorder)**

10.     Persistent Depressive Disorder (previously known as Dysthymic Disorder)is a chronic (long-lasting), mild form of depression. However, calling it "mild" is misleading; because it can last for years and it can be just as debilitating as a more acute episode of major depression (clinical depression)**, e**ven leading to thoughts of, or attempts at, suicide. Many of the symptoms of dysthymia are the same as those of major depression; however, they may be less severe or intense. Dysthymia also has some symptoms that may not occur with major depression. The hallmark of dysthymia is the length of time that it persists. In adults, dysthymia is diagnosed when the symptoms continue for two or more years; in children or teens, the symptoms last for a year or more. Dysthymia is a serious condition that needs to be treated. Dysthymia may include the experience of the following symptoms: sad mood, difficulty falling sleeping (or sleeping too much), increased or decreased appetite or weight, feelings of worthlessness, feelings of

Expert Report of Dr. Rael Strous
Re. Frank Pescatore Sr
26 July 2016
Page **5** of **5**

hopelessness, thoughts of suicide, anxiety, decreased motivation, loss of interest (anhedonia), irritability or anger, restlessness and vague physical symptoms.

11.     It appears from the above mentioned description of Mr. Pescatore after the kidnapping and murder of his son Frank that he suffered from signs suggestive of Persistent Complex Bereavement Disorder; with traumatic bereavement (309.89; F43.8) and what appeared to be Persistent Depressive Disorder; moderate severity, early onset, with pure dysthymic syndrome (300.4; F34.1). Since I have not been able to examine Mr. Pescatore, he was deceased in March of this year, based on his overt depressive behavior as described by his family members, I cannot exclude as well the possibility of the more severe subtype of depression, Major Depressive Disorder (296.23; F32.2). Since he has been deceased since March, 2016, no formal psychiatric evaluation could be performed in order to definitively diagnose these conditions.   However, it is clear from family reports that his response to Frank's death affected his behavior, relationships and mood for a long period of time prior to his death in 2016.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    26 July 2016

_____

Rael Strous, MD

CONFIDENTIAL

# Rael Strous MD

## Psychiatrist

PO Box 940, Beit Shemesh 99000, Israel

Tel: 972-544-628254

Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist

Israel Medical License: 31932

Israel Psychiatry License: 17270

3 July 2016

**Psychiatric Evaluation:** Frank Pescatore Sr.

Date of Birth: 25 November 1926

Deceased: 4 March 2016

I am a specialist in psychiatry currently serving as the deputy hospital director of the Beer Yaakov Mental Health Center and director of the ambulatory service. I am also a full professor of psychiatry at the Sackler Faculty of Medicine, Tel Aviv University. I have been asked to provide a psychiatric assessment of Mr. Frank Pescatore Sr. whose son was kidnapped in December 1996 and then murdered in early 1997 while still in captivity in Colombia. At the outset let me sate that I have not examined Mr. Pescatore by means of a formal psychiatric evaluation since he has been deceased since March 2016 at the age of 89 years. However given the information I was provided by Mr. Pescatore's family, and considering the circumstances, my opinions are stated within a reasonable degree of medical certainty. I have no reason to believe that the information provided was not accurate.

Regarding the role and place of a psychiatric opinion following the death of an individual, please note the following references:

- Isometsä ET Psychological autopsy studies – a review.
  *Eur Psychiatry. 2001; 16(7):379-85.*
- Murthy, C. R. Vasudeva; Lakshman, Varsha; Gupta, Mayuri, Psychological Autopsy – a review.
  *Journal of Punjab Academy of Forensic Medicine & Toxicology; 2010;10(2) p101.*

1

CONFIDENTIAL

‒ Douglas Jacobs and Marci Klein-Benheim, The Psychological Autopsy: A
Useful Tool for Determining Proximate Causation in Suicide Cases.
*Bull Am Acad Psychiatry Law, Vol. 23, No. 2, 1995*

My opinion is based on the following sources:

1. Interview with Mr. Pescatore's son, Richard Pescatore (20 June 2016)

2. Interview with Mr. Pescatore's son in law, Greg Sparrow (23 June 2016)

3. Interview with Mr. Pescatore's daughter, Carol Harpster (30 June 2016)

4. Interview with Mr. Pescatore's son, John Pescatore (15 June 2016)

Identifying Information

*Report from Mr. Pescatore's son, Richard Pescatore (20 June 2016)*

Frank Pescatore Sr. was born in Hoboken, New Jersey and spent most of his life
living in New Jersey. He was born into an Italian American family which was always
tightly knit. He was the only one from the family who went on to college (Stevens
College). After college he enlisted into the navy. He met his wife in New Jersey and
they decided to make "the big move" to the suburbs. He did well in business, working
hard as well as investing time in his family to whom he was very attached and
dedicated. His business was tied to government and involved simulated weaponry. He
later started consulting. He also became involved in community affairs serving as the
president of the local board of education - Commissioner of Long Beach Township.
He was known as a "go-getter" and "no nonsense guy" who was very committed to
whatever he did. He was popular and well known in the community.

Richard was the one who had to inform his parents of Frank's death. He will never
forget the pain of his father's cry on hearing the news. Frank Sr was extremely close
to Frank and considered him "my boy". When his son Frank Jr. was kidnapped, it
"destroyed him". Richard is sure it even contributed to his later death several years
later since he never fully functioned again compared to how he did before. He
indicates that his father just "disintegrated" after Frank's death. Franks death
"paralyzed him". Not long after Frank's death, he sold his house and moved to an over
55-year-old community housing project. His last place of domain prior to his death
was in this project named Atlantic Hills in Manahawkin, New Jersey. In this way, it

2

**CONFIDENTIAL**

was clear to all that he retreated into his "little own world". He became sullen and stopped participating in usual activities, becoming a shadow of himself, not even attending to his beloved garden as before. His grief did not improve over the years, if anything it only worsened. Up until he died, through his seventies and eighties, he went downhill in terms of mood. This was noted by all those close to him at family events and get-togethers, of which there were many, when he would frequently cry. Pictures of Frank would also set him off and he would vigorously cry – a major change from before in a man who was always so strong and dominant. "In fact", he described, "he would cry anytime Frank's name was mentioned in any context". From being a "rock of a person", he became "a puddle of crap". In this manner he became profoundly emotionally fragile. The loss of Frank was a total devastation to him. His death more than floored him and he was seen to be "emotionally done". His overt deterioration and grief was hard for all around him in the family. He became withdrawn and never jovial again.

While over the years his physical function somewhat deteriorated as noted in Bell's palsy and hearing loss, his mind was clear with no overt dementia to the best of his knowledge and over the years he would still beat everyone at cards. He had a major stress in 2005 when his daughter Jane died from Creutzveld-Jakob disease. He had the stress of dealing with the fact that he was a carrier of the illness, while his daughter died from it. He was so "beaten up" from the death of Frank, even so many years after he died, that when his daughter died, he was further overwhelmed. However, it was clear that his grief and depression had begun a long time prior to Jane's death. To the best of Mr. Pescatore's knowledge, he was never treated for his grief and depression.

### _Report from Mr. Pescatore's son in law, Greg Sparrow (23 June 2016)_

Mr. Sparrow reports that Frank Sr was "bright red" at his son's funeral. He did not want his casket to be lowered. He was crying uncontrollably. After Frank's death, he was "deeply devastated" over his son's death. His response after Jane's funeral was very different. After Jane's funeral, he was silent and never said a word. He sees this difference in that the circumstances of the deaths were different. In Frank's case, his death was sudden and traumatic due to a kidnapping and shooting. Jane's loss, on the other hand, was due to illness over which there is no control. He was not as devastated after Jane's death and funeral. It was clearly a very different experience for him. He

CONFIDENTIAL

was shaken up and sad after Jane's death, but not as distressed as he was after Frank's death.

*Report from Mr. Pescatore's daughter, Carol Harpster (30 June 2016)*

Ms. Harpster reports that after Frank's death, her father Frank Sr. fell totally apart. At the funeral, for example, he became so overwhelmed with emotion and pain that he could not go down the hill to the grave. Since the funeral, and the years that followed, she slowly watched her father fall apart. This was extremely hard for her to witness. He became "socially withdrawn and clammed up". He would not go out very much and kept to himself. He also travelled much less if at all. He distanced himself increasingly over the years from family, friends and his life in general.

This was a marked change from before Frank's death when he was known to all to be a powerful and dynamic personality. This change in character and behavior after Frank's death impacted his ability to work since he was self-employed for many years. After Frank's death he started winding down his work completely. His change in behavior and withdrawal caused tension between him and his wife. He became non-communicative which was really hard on his wife (Ms. Harpster's mother). This was exacerbated by his short-tempered behavior when he did engage with people around him. Once again this was a significant change in behavior from before the death of Frank. This was significant enough that his children had to speak to him about how he had started talking to their mother. This never happened prior to Frank's death. After Frank's death, his anger, sadness and depression came to be a major part of who he was and never left him. He rarely smiled and never laughed – once again a major change from before the loss.

Even though her parents lost a second child (and she a sister) later to Jane's illness, their grief with Frank's death was different. This is because it took time for Jane to die with her illness and they were able to become accustomed and adapt to it. However, Frank's kidnapping and subsequent death was sudden, under traumatic and violent circumstances. Thus, his death was more shocking and overwhelming for her father.

4

CONFIDENTIAL

*Report from Mr. Pescatore's son, John Pescatore (15 June 2016)*

Mr. John Pescatore remembers vividly from the beginning how devastated his father was. He indicates that his father looked like age 55 when he was 70. Suddenly when Frank was kidnapped and later murdered, he "aged 20 years in two months". He remembers that his father would carry a framed picture of Frank around with him all the time. His father was always so tough. However, what happened to Frank "got him". His father never overcame the loss and his life became a constant downhill path since the loss. He "simply never coped with the loss". It was too difficult for him. One of Frank's sons, Jarrod, looks the splitting image of Frank. John reports that as a result, his father could not look at him after Frank's death. If he did, as on some occasions, he would simply burst out in tears crying. For example, his father had to leave his niece's wedding due to Jarrod speaking – he reminded his father too much of Frank and it was too hard for him to endure.

He states that his response was totally different when John's sister Jane died from illness. The loss of his sister for his father did not result in as severe a reaction as Frank's death did. The murder led to a completely different response compared to the loss of Jane. It was devastating to his father and he was not able to get over it. In addition, he reports that his father did feel a great deal of guilt. His father thought that he should have done more to prevent him from going to Colombia for his work. However, he knows though that there was nothing that he or his father could have done to prevent him from going.

Summary

Mr. Frank Pescatore Sr. suffered major grief in his life with the kidnapping of his son and killing in 1996. All his living children report that he was particularly close with his son Frank and that his mourning was intense, affecting many aspects of his behavior and relationships. Most significantly it appears that his grief was expressed in withdrawal from relationships and activities to which he was accustomed before the loss and came to affect his behavior in general as expressed in his rapid disengagement and abandonment of social and occupational function. His sorrow and mourning over time developed into prolonged grief with associated signs and

CONFIDENTIAL

symptoms of major depression. The evidence for this can be noted in the following behaviors:

1. Frequent crying at home and family gatherings.
2. Frequent crying at any mention of Frank.
3. Irritability and short-tempered behavior.
4. Increasingly "emotionally fragile".
5. Gradual withdrawal from all social, community and occupational activities.
6. Increasingly non-communicative with close family members.
7. Profound sadness and depression.

Conclusions

It appears from the above mentioned description of Mr. Pescatore after the kidnapping and murder of his son Frank that he suffered from signs suggestive of Persistent Complex Bereavement Disorder; with traumatic bereavement (309.89; F43.8) and signs suggestive of Persistent Depressive Disorder; moderate severity, early onset, with pure dysthymic syndrome (300.4; F34.1). Since I have not been able to examine Mr. Pescatore, he was deceased in March of this year, based on his overt depressive behavior as described by his family members, I cannot exclude as well the possibility of the more severe subtype of depression, Major Depressive Disorder (296.23; F32.2). The above mentioned conditions affected many aspects of his mood and behavior over the years since the kidnapping and murder. As described by his family, his behavioral change in terms of mourning and depression continued to affect him up until his death in 2016. It is interesting to note that while Mr. Pescatore lost another child (Jane) to death 9 years after the death of Frank, his reaction to the death of Frank was much stronger with more prolonged and devastating grief. This phenomenon is well known in the academic literature where the prevalence of complicated grief after violent death is much higher than after other forms of death such as illness (e.g. Nakajima S, Ito M, Shirai A, Konishi T. Complicated grief in those bereaved by violent death: the effects of post-traumatic stress disorder on complicated grief. Dialogues Clin Neurosci. 2012 Jun;14(2):210-4.)

Rael Strous MD

**Attachments:**          **Curriculum Vitae (Rael Strous MD)**

6

# <u>Curriculum Vitae: Rael D. Strous MD, MHA</u>

PO Box 1, Beer Yaakov, 70350, Israel
Tel: 972-544628254
Email: raels@post.tau.ac.il

**Current Title and Affiliation**:
Director of Ambulatory Services, Beer Yaakov Mental Health Center
Deputy Hospital Director, Beer Yaakov Mental Health Center
Full Professor, Department of Psychiatry, Sackler Faculty of Medicine, Tel Aviv University

## EDUCATION

| | |
|---|---|
| 1984 – 1989 | Medical School, ***University of Witwatersrand***, Johannesburg, South Africa, MBBCh |
| 1992 – 1996 | Psychiatry residency, ***Albert Einstein College of Medicine***, New York (USA Board Certification) |
| 1996 – 1998 | Clinical Research Fellowship in Psychopharmacology, Massachusetts Mental Health Center, Commonwealth Research Center ***Harvard Medical School***, Boston, USA |
| 2012-2014 | Masters in Health Administration (MHA), ***Ben Gurion University*** |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1990 | Internship, Hillbrow Hospital, Medicine, Surgery, Johannesburg, South Africa |
| 1991 | Alexandra Health Center, Ambulatory Med., General physician, Johannesburg, South Africa |
| 1991 | Johannesburg General Hospital, Emergency Room MD |
| 1992-1996 | Psychiatry Resident, Albert Einstein College of Medicine, Bronx Municipal Hospital, North Central Bronx Hospital, Montefiore Hospital (Chief Resident Bronx Psychiatric State 1995/6) |
| 1996-1998 | Research Fellow, Commonwealth Research Center, Massachusetts Mental Health Center, Harvard Medical School |
| 1999–present | Beer Yaakov Mental Health Center (Director Chronic Inpatient Unit 2003-2013), Deputy Hospital Director 2013-present) |
| 2005-2015 | Chairman, medication committee, Beer Yaakov Mental Health Center |
| 2013-2015 | Chairman, committee on violence prevention, Beer Yaakov Mental Health Center |
| 2013-2015 | Chairman, residency training committee, Beer Yaakov Mental Health Center |
| 2013-present | Member, National Council for Mental Illness |
| 2014-present | Member, National Council for Suicide Prevention |
| 2013-2014 | Member, National Scientific Council for Psychiatry, Israel Medical Association |
| 2013-2014 | Member, National Committee for Quality of Psychiatric Hospitals, Israel Ministry of Health |
| 2014-present | Member National Committee of Professional Ethics, Israel Medical Association |
| 2015-present | Chairman, National Committee for Ethics in Psychiatry, Israel Psychiatric Association |

## ACADEMIC AND RESEARCH ACTIVITIES, SACKLER FACULTY OF MEDICINE

| | |
|---|---|
| 2009-2010: | Director, New York State/American Program, Sackler Faculty of Medicine, Tel Aviv University |
| 2008-2010 | Member Medical School Curriculum Committee |
| 2008-2010 | Member Four Year Medical School Program Steering Committee |
| 2003-2015: | Member Medical School Admissions Evaluation Team |
| 2003-2008: | Coordinator medical student exam in psychiatry (USA and Israeli medical students) |
| 2003-2006: | Executive Board Member, Israel Society of Biological Psychiatry |
| 2005-present | Member Editorial Board: Law and Medicine Journal |
| 2005-2010: | Member Clinical Teaching Committee, Sackler Faculty of Medicine |
| 2006-2015: | Deputy Editor, Israel Journal of Psychiatry |
| 2008-2010: | Member Planning Committee for four-year medical degree, Sackler Faculty of Medicine |
| 2015-present | Editor, Israel Journal of Psychiatry |

**ACADEMIC AND PROFESSIONAL AWARDS**

| | |
|---|---|
| 1988 | Alice Cox Award, Best medical student in psychiatry, University Witwatersrand Medical School |
| 1992-5 | Top psychiatric resident in annual national PRITE examination, Department of Psychiatry Albert Einstein College of Medicine (top 1% of all USA psychiatry residents) |
| 1994/95 | Burroughs Wellcome Leadership Award, American Medical Association (AMA) |
| 1994/95 | Mead Johnson Fellowship Award, American Psychiatric Association (APA) |
| 1995 | Young Investigator Award International Congress on Schizophrenia Research, USA |
| 1995 | Lilly Resident Research Award, American Psychiatric Association (APA) |
| 1995/96 | Young Scientist Award, 8th Biennial Winter Workshop on Schizophrenia (Switzerland) |
| 1996 | Young Investigator Award, Society of Biological Psychiatry |
| 1996/7 | Young Researcher Award, American Neuropsychiatric Association |
| 1996 | Dupont-Warren Fellowship Award, Department of Psychiatry, *Harvard Medical School* |
| 1996 | New Investigator Award (NCDEU)/National Institute Mental Health, USA (NIMH) |
| 2000 | Rafaelsen Fellowship Award, Collegium Internationale Neuropsychopharmacologicum (CINP) |
| 2001 | Fellowship Award, World Congress of Biological Psychiatry |
| 2002 | Fellowship Award, European College of Neuropsychopharmacology (ECNP) |
| 2002 | Team Award for Best Research Paper, Israel Psychiatry Association |
| 2002 | Clinical Research Award: Best Clinical Research Paper, Israel Society of Biological Psychiatry |
| 2004 | Outstanding Young Investigator Award, International Congress of Biological Psychiatry |
| 2004 | Donald Cohen Fellowship Award, International Assoc of Child Psychiatry and Allied Professions |
| 2004 | Outstanding Teacher/Lecturer of the Year, Sackler Faculty of Medicine, Tel Aviv University |
| 2006 | Certificate of Honor (research presentation), Israel Society for Biological Psychiatry |
| 2007 | Outstanding Teacher/Lecturer of the Year, Sackler Faculty of Medicine, Tel Aviv University |
| 2010 | Outstanding Employee of Year, Beer Yaakov Mental Health Center |
| 2013 | Special citation recognition, Ministry of Health, Nvei Yaakov closure operation |

**GRANTS AWARDED**

| | |
|---|---|
| 2000 | Ministry Of Science: Chief Scientist Award, PRINCIPAL INVESTIGATOR, Clinical study of first-episode psychosis |
| 2000 | Israel Institute of Psychobiology Grant, PRINCIPAL INVESTIGATOR, Functional MRI investigation in first-episode schizophrenia |
| 2000 | Guggenheim Foundation Grant, PRINCIPAL INVESTIGATOR, Genetic polymorphisms in violence and aggression |
| 2000 | Israel Ministry Of Defense Research Grant, PRINCIPAL INVESTIGATOR, Novel pharmacological management of treatment resistant PTSD |
| 2000 | NARSAD Young Investigator Award, PRINCIPAL INVESTIGATOR, Novel augmentation strategies with neurosteroids in schizophrenia |
| 2002 | Stanley Foundation Grant, CO- PRINCIPAL INVESTIGATOR, Neurosteroids in schizophrenia |
| 2002 | India-Israel Research Project, CO-INVESTIGATOR, Genetics of Schizophrenia |
| 2002 | Dreyfuss Health Foundation, PRINCIPAL INVESTIGATOR, Treatment resistant schizophrenia |
| 2003 | Stanley Foundation Grant, PRINCIPAL INVESTIGATOR, Methyl donors in schizophrenia |
| 2003 | NARSAD Young Investigator Award, PRINCIPAL INVESTIGATOR, Neurosteroids and management of treatment resistance and medication related side-effects in schizophrenia |
| 2007 | Mordechai Ofer Research Award Grant, Tel Aviv University, PRINCIPAL INVESTIGATOR, Psychiatry during the Nazi era, its relevance today and ethical ramifications for current practice |
| 2014 | Claims Conference on Jewish Material Claims Against Germany: Jewish Mentally Ill during the Nazi Era – Research, Educational and Exhibition Project |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

| | |
|---|---|
| 2003-2014 | World Society of Biological Psychiatry |
| 2003 | International Group Therapy Association |
| 2001-present | European College of Neuropsychopharmacology (ECNP) |
| 1999-present | Israel Medical Society |
| 1999-present | Israel Psychiatric Association |

| 1999-2014 | Israel Society for Biological Psychiatry |
| 1996 | American College of Forensic Examiners |
| 1996-8 | Massachusetts Society of Medicine, USA |
| 1994-8, 2006 | International Society of Political Psychology |
| 1992-1998 | American Psychiatric Association |
| 1990 | South African Medical & Dental Council |
| 1990 | General Medical Council (Great Britain) |

## Peer Reviewed Publications: Rael D. Strous MD

1. **Strous, R.D.,** Cowan, N., Ritter, W., Javitt, D.C. Auditory sensory ("echoic") memory dysfunction in schizophrenia. *American Journal of Psychiatry*;152:10, 1517-1519, 1995.
2. **Strous, R.D**., Javitt, D.C. The NMDA Receptor and Schizophrenia. *The Israel Journal of Medical Sciences*; 32:275-281, 1996.
3. Javitt, D.C , **Strous, R. D**., Grochowski, S., Ritter, W, Cowan, N. Impaired precision, but normal retention, of auditory sensory memory information in schizophrenia. *Journal of Abnormal Psychology*;106:315-324, 1997.
4. **Strous R.D.,** Bark N, Parsia S, Volavka J, Lachman H. M. Analysis of a functional Catechol-O-Methyltransferase gene polymorphism in schizophrenia: Evidence for association with aggressive and antisocial behavior. *Psychiatry Research*;69:71-77, 1997.
5. **Strous R. D.**, Bark N, Woerner M, Lachman HM. Lack of an association of a functional Catechol-O-Methyltransferase gene polymorphism in schizophrenia. *Biological Psychiatry*;41:493-495, 1997.
6. Sheitman BB, Lee H, **Strous R**, Lieberman JA. The evaluation and treatment of first-episode psychosis. Schizophrenia Bulletin;23:653-661, 1997.
7. **Strous RD**, Patel JK, Green AI. Clozapine in the treatment of refractory mania. *Essential Psychopharmacology*; 2:385-402, 1998.
8. Green AI, Zimmet S, **Strous RD**, Schildkraut JJ. Substance use disorder and schizophrenia: Do patients with schizophrenia have a reward deficiency syndrome that can be ameliorated by clozapine. *Harvard Review of Psychiatry*;6:289-296, 1999.
9. **Strous RD**, Patel JK, Zimmet S, Green AI. Clozapine / Paroxetine in the treatment of schizophrenia with disabling obsessive compulsive features. *American Journal of Psychiatry*;156:973-974, 1999.
10. Zimmet SV, **Strous RD**, Burgess ES, Kohnstamm S, Green AI. Effects of clozapine on substance use in patients with schizophrenia and schizoaffective disorder: a retrospective survey. *Journal of Clinical Psychopharmacology*;20:94-8, 2000.
11. **Strous RD**, Shtain M, Oselka-Goren H, Lustig M, Stryjer R, Zerzion M, Baruch Y, Chelben J. Anticipatory Reactions of Psychiatric Inpatients to the Year 2000. *Journal of Nervous and Mental Disease* 2000;188:786-788.
12. **Strous RD**. Halakhic Sensitivity to the Psychotic Individual - the *Shoteh*. *Assia Jewish Medical Ethics*;4(1), 2000.
13. Ilani T, Ben-Shachar D, **Strous RD**, Mazor M, Sheinkman A, Kotler M, Fuchs S. A novel peripheral marker for schizophrenia: Increased levels of D$_3$ dopamine receptor mRNA in blood lymphocytes. *Proceedings of National Academy of Sciences* (PNAS), USA 2001;98:625-8.
14. **Strous RD**, Spivak B, Yoran-Hegesh R, Maayan R, Averbuch E, Kotler M, Mestor R, Weizman A. Analysis of neurosteroid levels in attention deficit hyperactivity disorder. *International Journal of Neuropsychopharmacology* 2001 ;4:259-64
15. **Strous RD**, Pollack S, Robinson D, Sheitman B, Lieberman JA. Seasonal Admission Patterns in First Episode Psychosis, Chronic Schizophrenia and Non-Schizophrenic Psychoses. *Journal of Nervous and Mental Diseases* 2001;189:642-4
16. Buchman N, **Strous RD**, Ulman A-M, Lerner M, Kotler M. Olanzapine-Induced Leukopenia with HLA Profiling. *International Clinical Psychopharmacology* 2001 Jan;16(1):55-7
17. Chelben J, **Strous RD**, Lustig M, Baruch Y. The alleviation of SSRI-induced akathisia following a switch to nefazodone. *Journal of Clinical Psychiatry* 2001;62:570-1.
18. Stryjer R, **Strous RD**, Bar F, Ulman A-M, Rabey JM. Segmental Dystonia as the Sole Manifestation of Carbamazepine Toxicity. *General Hospital Psychiatry* 2002;24:114-5.

19. Buchman N, **Strous RD**, Baruch Y. Side effects following long term treatment with Fluoxetine. *Clinical Neuropharmacology* 2002;25:55-7.

20. Stryjer R, Bar F, **Strous RD**, Baruch Y, Rabey JM. Donepezil management of schizophrenia with associated dementia. *Journal of Clinical Psychopharmacology* 2002;22:226-229.

21. Buchman N, **Strous RD**, Ulman A-M, Lerner M,  Kotler M. HLA profiling in olanzapine-induced leucopenia. *Psychiatry Review Series* 2002;3:12-13.

22. Iancu I, **Strous RD**.   Caffeinism: History, Clinical Features, Diagnosis and Treatment. *Pharmacopsychoecologia* 2002;15

23.    Szeszko PR, **Strous RD**, Goldman RS, Ashtari M, Knuth KH, Lieberman JA, Bilder RM. Neuropsychological correlates of hippocampus volumes in first-episode schizophrenia. *American Journal of Psychiatry* 2002;159:217-26.

24. Segman RH, Heresco-Levy U, Yakir A, Goltser T, **Strous RD**, Greenberg D, Lerer B. Interactive effect of cytochrome P450 17α-hydroxylase and dopamine D3 receptor gene polymorphisms on abnormal involuntary movements in chronic schizophrenia. *Biological Psychiatry*. 2002;;51:261-3.

25. Green AI, Burgess ES, Zimmet SV, Dawson R, **Strous RD**. Cannabis use in schizophrenia: Effects of risperidone vs. clozapine. *Schizophrenia Research* 2003;60:81-5.

26. Rafael Stryjer, **Rael D. Strous**, Faina Bar, Edith Werber, Ginette Shaked, Yosef Buhiri, Moshe Kotler, Abraham Weizman, Jose M. Rabey Beneficial effect of donepezil augmentation in the management of comorbid schizophrenia and dementia *Clinical Neuropharmacology* 2003;26:12-7

27. **Rael D. Strous,** Rachel Maayan, Raya Lapidus, Rafael Stryjer, Michal Lustig, Moshe Kotler, Abraham Weizman Value of Dehydroepiandrosterone (DHEA) Augmentation in the Management of Negative Symptoms in Schizophrenia. *Archives of General Psychiatry* 2003;60:133-141

28. Rafael Stryjer, **Rael D. Strous**, Ginette Shaked, Faina Bar, Boris Feldman, Moshe Kotler, Lea Polak, Silvio Rosenzweig, Avraham Weizman. Amantadine as augmentation therapy in the management of treatment resistant depression. *International Clinical Psychopharmacology* 2003;18:93-6.

29. **Rael D. Strous**, Rafael Stryjer, Noah Keret, Margarita Bergin, Moshe Kotler. Reactions of Psychiatric and Medical Inpatients to Terror and Security Instability in Israel. *Journal of Nervous and Mental Disorders* 2003;191:126-129.

30. S Shifman, M Bronstein, M Sternfeld, A Shalom, E Lev-Lehman, N Grisaru, L Karp, M Kotler, H Y. Knobler, I Reznik, R Schiffer, E Shinar, B Spivak, **RD. Strous**, M Swartz-Vanetik, A Weizman, B Yakir, Neil Risch, N B. Zak and A Darvasi, A highly significant association between a COMT haplotypes and schizophrenia. *American Journal of Human Genetics* 2002 6:1296-302

31. Rafael Stryjer, **Rael D. Strous**,  Faina Bar,  Michael Poyurovsky  Avraham Weizman , Moshe Kotler. Treatment of neuroleptic induced akathisia with the 5HT$_{2a}$ antagonist trazodone.  *Clinical Neuropharmacology* 2003;26:137-41.

32. **Rael Strous**, Karen Nolan, Raya Lapidus, Takuya Saito, Herbert M. Lachman. Aggressive behavior in schizophrenia is associated with the low enzyme activity COMT polymorphism: A replication study. *American Journal of Medical Genetics* 2003;120:29-34.

33. **Rael D. Strous** MD, Rafael Stryjer MD, Moshe Zerzion MD, Mordechai Weiss MD, Faina Bar MD . Accent Mimicry: - a Newly Described Imitation Phenomenon of Psychosis? *Israel Medical Association Journal* 2003; 5:61-2.

34. Yaffa Vered, Pavel Golubchik, Tamar Mozes, **Rael Strous**, Allon Nechmad, Roberto Mester, Abraham Weizman, Baruch Spivak. The platelet poor plasma 5-HT response to carbohydrate rich meal administration in adult autistic patients compared to normal controls. *Human Psychopharmacology* 2003;18:395-9.

35. Orly Perl, Tal Ilani, **Rael D. Strous**, Raya Lapidus, Sara Fuchs. ￭he α7 Nicotinic Acetylcholine Receptor in Schizophrenia: Decreased mRNA Levels in Peripheral Blood Lymphocytes *FASEB Journal* 2003;17:1948-1950.

36. Rachel Maayan, Baruch Spivak, **Rael Strous**, Allon Nechmad, Roni Yoran-Hegesh, Elena Averbuch, Roberto Mester, Abraham Weizman. Chronic methylphenidate treatment increases plasma levels of dehydroepiandrosterone and dehydroepiandrosterone sulphate in attention deficit hyperactivity disorder. *Neuropsychobiology*. 2003;48:111-5.

37. Segman, R.H., Goltser, T., Heresco-Levy U., Finkel, B., **Strous, RD**., Shalem, R., Schlafman, M., Yakir, A., Greenberg, D., Lerner, A., Shelevoy, A., Lerer, B. Association of dopaminergic and

serotonergic genes with tardive dyskinesia in patients with chronic schizophrenia. *Pharmacogenomics* J. 2003;3:277-83.

38. V Lerner, I Libov, M Kotler, **RD Strous**. Combination of Atypical Neuroleptics in Treatment of Resistant Schizophrenic and Schizoaffective Patients. *Progress in Neuro-psychopharmacology and Biological Psychiatry* 2004;28:89-98.

39. Kotler M, **Strous RD**, Reznik I, Shwartz S, Weizman A, Spivak B. Sulpiride Augmentation of Olanzapine in the Management of Treatment-Resistant Chronic Schizophrenia: Evidence for Improvement of Mood Symptomatology. *International Clinical Psychopharmacology* 2004;19:23-26.

40. Ginette Shaked, Noa Renert, Israela Mahuda, **Rael D. Strous**. Psychiatric Care in the Middle East: A "Mental Health Supermarket" in the Town of Lod. *Psychiatric Rehabilitation Journal* 2004;27:207-211.

41. Ilya Reznik, Iris Yavin, Rafael Stryjer, Baruch Spivak, Noah Gonen, Moshe Kotler, **Rael Strous**, Abraham Weizman, Roberto Mester . Clozapine in the treatment of obsessive-compulsive symptoms in schizophrenia. A case series study. *Pharmacopsychiatry* 2004;37(2):52-6.

42. Iulian Iancu, **Rael D. Strous**, Nadav Nevo, Joseph Chelben. A Table Tennis Tournament in the Psychiatric Hospital: description and suggestion for salutogenic implications. *International Journal of Psychosocial Rehabilitation* 2004;9:11-16.

43. Stopkova P, Saito T, Papolos DF, Vevera J, Paclt I, Zukov I, Bersson YB, Margolis BA, **Strous RD**, Lachman HM. Identification of PIK3C3 promoter variant associated with bipolar disorder and schizophrenia. *Biological Psychiatry* 2004 55:981-988.

44. Rafael Stryjer, Daniel Grupper, **Rael Strous**, Michael Poyurovsky, Abraham Weizman. Mianserin for the rapid improvement of chronic akathisia in a schizophrenia patient. *European Psychiatry* 2004 19:237-8

45. **Strous RD**, Ofir D, Brodsky O, Yakirevitch J, Drannikov A, Navo N, Kotler M. Reactions of Psychiatric Inpatients to the Threat of Biological and Chemical Warfare in Israel. *Journal of Nervous and Mental Disorders* 2004;192(4):318-323.

46. **Strous RD**, Strjyer R, Ofir D, Weiss M, Bar F, Baruch Y, Kotler M. DSMIV self-evaluation by psychiatrists. *Israel Journal of Psychiatry* 2004;41:197-207.

47. **Strous RD**, Alvir J, Robinson D, Sheitman B, Chakos M, Lieberman JA. Premorbid function in Schizophrenia, relation to baseline symptoms, treatment response and medication side-effects. *Schizophrenia Bulletin* 2004;30:265-78

48. Maayan R, Kaplan B, **Strous RD**, Abou Kaud M, Fisch B, Shinnar N, Weizman A. The influence of parturition on the level and synthesis of sulfated and free neurosteroids in rats. *Neuropsychobiology* 2004;49:17-23.

49. Shifman S, Bronstein M, Sternfeld M, Pisanté A, Weizman A, Reznik I, Spivak B, Grisaru N, Karp L, Schiffer R, Kotler M, **Strous RD**, Swartz-Vanetik M, Y. Knobler HY, Shinar E, Yakir B, Zak NB, Darvasi A. COMT: A common susceptibility gene in bipolar disorder and schizophrenia. *American Journal of Medical Genetics* 2004 ;128B(1):61-4.

50. Ritsner M, Maayan R, Gibel A, **Strous RD**, Modai I, Weizman A. Elevation of the Cortisol/Dehydroepiandrosterone and Cortisol/Dehydroepiandrosterone Sulfate Ratios in Medicated Schizophrenia Inpatients . *European Neuropsychopharmacology* 2004;14:267-273.

51. Rafael Stryjer, **Rael Strous**, Faina Bar, Ginette Shaked, Roni Shiloh, Silvio Rozencweig, Daniel Grupper, Nili Buchman, Moshe Kotler, J. Martin Rabey, Abraham Weizman. Donepezil augmentation of clozapine monotherapy: a preliminary double-blind cross over study. *Human Psychopharmacology: Clinical & Experimental* 2004 19:343-6.

52. Baruch Spivak, Pavel Golubchik, Tamar Mozes, Yaffa Vered, Abraham Weizman, **Rael D. Strous.** Low Platelet-Poor Plasma Levels of Serotonin in Adult Autistic Patients *Neuropsychobiology*. 2004;50(2):157-60

53. **Strous RD**, Kotler M. The Ripple Effect of the Toll of Terror. *Israel Medical Association Journal* 2004;6:425-426.

54. Iancu I, **Strous R**, Kotler M. Schizophrenia. Aurora, Medical Publications 2004

55. Ilani T, **Strous RD**, Fuchs S. Dopaminergic regulation of immune cells via D3 dopamine receptor: a pathway mediated by activated T cells. *FASEB* 2004;18:1600-2.

56. **Rael D. Strous**, Vladimir Lerner. Multiple versus single antipsychotic agents for hospitalized psychiatric patients: case-control study of risks versus benefits. *American Journal of Psychiatry* 162(3):631-2

57. **Strous RD.** Dehydroepiandrosterone (DHEA) Augmentation in the Management of Schizophrenia Symptomatology. *Essential Psychopharmacology* 2005;6:141-7.

58. **Rael D. Strous,** Rachel Maayan, Raya Lapidus, Leonid Goredetsky, Ella Zeldich, Moshe Kotler, Abraham Weizman. Increased Circulatory Dehydroepiandrosterone (DHEA) and Dehydroepiandrosterone-Sulphate (DHEA-S) in First-Episode Schizophrenia: Relationship to Gender, Aggression and Symptomatology. *Schizophrenia Research* 2004;71:427-34.

59. Erika Mendelsohn, Michal Rosenthal, Yosef Bohiri, Edith Werber, Moshe Kotler, **Rael D. Strous**. Rivastigmine Augmentation in the Management of Chronic Schizophrenia with Comorbid Dementia: An Open-Label Study investigating effects on Cognition, Behavior and Activities of Daily Living. *International Clinical Psychopharmacology* 2004;19:319-24.

60. **Rael D. Strous**, Yehuda Shoenfeld. The Revisiting of Old Ghosts: Prenatal Viral Exposure and Schizophrenia. *Israel Medical Association Journal* (editorial) 2005;7:43-5..

61. Bernard Lerer, Ronnen H. Segman, Ene-Choo Tan , Vincenzo S. Basile, Roberto Cavallaro, Harald N. Aschauer, **Rael D. Strous**, Siow-Ann Chong, Massimiliano Verga, Joachim Scharfetter, Herbert Y. Meltzer, James L. Kennedy, Fabio Macciardi. Genetic architecture of a complex neuropsychiatric phenotype: Combined analysis of 635 patients confirms an age-related association of the 5-HT2A receptor gene with tardive dyskinesia and specificity for the non-orofacial subtype. *International Journal of Neuropsychopharmacology* 2005 Apr 28;:1-15

62. **Strous RD**. The *Shoteh* and Psychosis in Halacha with Contemporary Clinical Application. *Torah U'Madah* 2004;12:158-178.

63. **Rael D. Strous,** Pavel Golubchik, Rachel Maayan, Tamar Mozes, Dafna Tuati-Werner, Abraham Weizman, Baruch Spivak. Lowered DHEA-S Plasma Levels in Adult Individuals with Autistic Disorder. *European Neuropsychopharmacology* 2005 May;15(3):305-9.

64. Arie Shlosberg, **Rael D. Strous**. Long-Term Follow-up (32 years) of PTSD in Yom Kippur War Veterans. *Journal of Nervous and Mental Disease* 2005;193:693-6.

65. **RD Strous**, Y Ratner, A Gibel, A Ponizovsky, M Ritsner. Longitudinal multidimensional assessment of coping strategies at exacerbation and stabilization in schizophrenia. *Comprehensive Psychiatry* 2005;46:167-175

66. Rachel Maayan, **Rael D. Strous**, Machmoud Abou-Kaoud, Abraham Weizman. The Effect of 17β Estradiol Withdrawal on the Level of Brain and Peripheral Neurosteroids in Ovarectomized Rats. *Neuroscience Letters* 2005;384:156-61.

67. Iulian Iancu, **Rael D Strous**, Sergio Marchevsky, Amir Poreh, Yossi Chelben, Moshe Kotler. Psychiatric inpatients' reactions to the SARS epidemic: an Israeli survey. *Israel Journal of Psychiatry* (in press)

68. Neil Laufer, Rachel Maayan, Haggai Hermesh, Sofi Marom, Royi Gilad, **Rael Strous**, Abraham Weizman. Involvement of GABA$_A$ receptor modulating neuroactive steroids in patients with social phobia. *Psychiatric Research* 2005;137:131-6.

69. Tali Nachshoni, Tanya Ebert, Yehuda Abramovitch, Miriam Assael-Amir, Moshe Kotler, Rachel Maayan, Abraham Weizman, **Rael .D. Strous**. Improvement of Extrapyramidal Symptoms following DHEA Administration in Antipsychotic Treated Schizophrenia Patients: A 7-Day Randomized, Double-Blind Placebo Controlled Trial. *Schizophrenia Research*. 2005

70. Iancu I, **Strous RD**. Caffeinism: History, Clinical, Diagnosis and Treatment. *Harefuah* 2006;145:147-51.

71. Yehuda Baruch, Moshe Kotler, Joy Benatov, **Rael D. Strous**. Psychiatry Admissions and Hospitalization in Israel: An Epidemiological Study of Where We Stand Today and Where We Are Going. *Israel Medical Association Journal*. 2005;7:803–807.

72. **Strous RD**, Bar F, Keret N, Lapidus R, Kosov N, Chelben J, Kotler M. Analysis of Clinical Characteristics and Antipsychotic Medication Prescribing Practices of First Episode Psychosis: A Naturalistic Prospective Study. *Israel J Psychiatry Related Sciences* 2006;43:2-9.

73. **Strous RD**. Euthansia of the Mentally Ill. *American Journal of Psychiatry* 2006;163:27.

74. **Rael D Strous**, Mordechai Weiss, Irit Felsen, Boris Finkel, Yuval Melamed, Moshe Kotler, Dori Laub. Video Testimony of Long-Term Hospitalized Psychiatrically Ill Holocaust Survivors. *American Journal of Psychiatry* 2005 162: 2287-2294.

75. **Rael D. Strous**, Raya Lapidus, Dina Viglin, Moshe Kotler, Herbert M. Lachman. Lack of an Association between the COMT polymorphism and Clinical Symptoms in Schizophrenia. *Neuroscience Letters* 2005 Oct 15.

76. Baruch Greenwald, Oshrit Ben-Ari, **Rael D. Strous**, Dori Laub. Psychiatry, Testimony, and Shoah : Reconstructing the Narratives of the Muted. *Social Work and Health Care* 2006;43:199-214.

77. Baruch Spivak, **Rael D. Strous**, Ginette Shaked, Evgeny Shabash, Moshe Kotler, Abraham Weizman. Reboxetine versus Fluvoxamine in the Treatment of Motor Vehicle Accident Related Post Traumatic Stress Disorder: A Double-Blind, Fixed-Dosage Controlled Trial. *Journal of Clinical Psychopharmacology* 2006;26:152-156.

78. **Strous RD,** Maayan R, Kotler M, Weizman A. Effects on Hormonal Profile following Dehydroepiandrosterone (DHEA) Administration to Schizophrenia Patients. *Clinical Neuropharmacology*. 2005; 28:265-269.

79. **Rael D. Strous,** Rachel Maayan, Abraham Weizman. The Relevance of Neurosteroids to Clinical Psychiatry: From the Laboratory to the Bedside. *European Neuropsychopharm* 2006;16:155-69.

80. **Rael D. Strous**. Hitler's Psychiatrists: Healers and Researchers Turned Executioners and its Relevance Today. *Harvard Review of Psychiatry* 2006;14:30-7.

81. Mendelsohn A, **Strous RD**, Bleich M, Assaf Y, Hendler T. Regional Axonal Abnormalities in First-Episode Schizophrenia: Evidence Based on High b-value Diffusion Weighted Imaging. *Psychiatry Research*: 2006 Mar 6.

82. Perl O, **Strous RD**, Dranikov A, Chen R, Fuchs S. Low levels of alpha7 nicotinic acetylcholine receptor mRNA on peripheral blood lymphocytes in schizophrenia and its association with illness severity. *Neuropsychobiology* 2006;53:88-93.

83. Kipnis J, Cardon M, **Strous RD**, Schwartz M, Loss of autoimmune T cells correlates with brain diseases: implications for schizophrenia? *Trends In Molecular Medicine* 2006 Feb 7; [Epub ahead of print].

84. **Strous RD**, Greenbaum L, Kanyas K, Merbl Y, Horowitz A, Karni O, Viglin D, Olender T, Deshpande SN, Lancet D, Ben-Asher E, Lerer B. Association of the dopamine receptor interacting protein gene, *NEF3*, with early response to antipsychotic drugs. International Journal of *Neuropsychopharmacology* 2006:1-13 [Epub ahead of print]

85. Kupchik M, **Strous RD**, Erez R, Gonen N, Weizman A, Spivak B. Demographic and Clinical Characteristics of Motor Vehicle Accident Victims in the Community General Health Outpatient Clinic: A Comparison of Post-Traumatic Stress Disorder (PTSD) and Non-PTSD subjects. *Depression and Anxiety* 2006 Sep 25; [Epub ahead of print]

86. **Strous RD**, Kupchik M, Roitman S, Schwartz S, Gonen N, Mester R, Weizman A, Spivak B. Comparison between Risperidone, Olanzapine, and Clozapine in the Management of Chronic Schizophrenia: A Naturalistic Prospective 12-Week Observational Study. *Human Psychopharmacology* 2006;21:235-243..

87. Ritsner MS, Gibel A, Ratner Y, Tsinovoy G, **Strous RD.** Dehydroepiandrosterone as Additive Treatment in Schizophrenia: A randomized double-blind, placebo-controlled, crossover trial *Journal of Clinical Psychopharmacology* 2006;26:495-499.

88. **Strous RD**, Ulman A, Kotler M. The Hateful Patient Revisited: Relevance for 21st Century Medicine. *European Journal of Internal Medicine* 2006;17: 387-393.

89. **Strous RD**, Stryjer R, Maayan R, Gal G, Viglin D, Katz E, Eisner, D, Weizman A. Analysis of Clinical Symptomatology, Extrapyramidal Symptoms and Neurocognitive Dysfunction following Dehydroepiandrosterone (DHEA) Administration in Olanzapine Treated Schizophrenia Patients: A Randomized, Double-Blind Placebo Controlled Trial *Psychoneuroendocrinology* 2007;32:96-105.

90. **Strous RD**, Shoenfeld Y. Schizophrenia, Autoimmunity and Immune System Dysregulation: A Comprehensive Model Updated and Revisited *Journal of Autoimmunity* 2006;27:71-80.

91. Golubchik P, Lewis M, Maayan R, Sever J, **Strous RD**, Weizman A. Neurosteroids in child and adolescent psychopathology *European Neuropsychopharmacology* 2007 Feb;17(3):157-64.

92. **Strous RD**, Shoenfeld Y. To Smell the Immune System: Olfaction, Autoimmunity and Brain Involvement. *Autoimmunity Reviews* 2006;6:54-60.

93. Maayan R, Touati-Werner D, Ram E, **Strous RD**, Keren O, Weizman A. The protective effect of frontal cortex dehydroepiandrosterone in anxiety and depressive models in mice. *Pharmacology, Biochemistry and Behavior* 2006;85:415-21.

94. Lepkifker E, Kotler M, Horesh N, **Strous RD,** Iancu I. Experience with Lithium Therapy in Mood Disorders among the Middle Aged and Elderly Patient Subpopulation. Depression and Anxiety 2007;24(8):571-6.

95. Zivotofsky AZ, Edelman S, Green T, Fostick L, **Strous RD.** Hemisphere asymmetry in Schizophrenia as revealed through line bisection, line trisection and letter cancellation. Brain Research 2007;1142:70-9.

96. Iancu I, Tchernihovsky E, Maayan R, Poreh A, Dannon P, Kotler M, Weizman A, **Strous RD**. Circulatory neurosteroid levels in smoking and non-smoking chronic schizophrenia patients. *European Neuropsychopharmacology* 2007;17:541-5.

97. Greenbaum L,* **Strous RD**, * Kanyas K, Merbl Y, Horowitz A, Karni O, Katz E, Kotler M, Olender T, Deshpande SN, Lancet D, Ben-Asher E, Lerer B. (*equal contribution). Association of the RGS2 gene with extrapyramidal symptoms (EPS) induced by treatment with antipsychotic medication. *Pharmacogenetics and Genomics* 2007;17:519-28.

98. **Strous RD**, Edelman MC. Eponyms and the Nazi Era: Time to remember and time for change. Israel Medical Association Journal 2007;9:207-14.

99 **Strous RD.** Nazi Psychiatry: Ethical Lessons for the Modern Professional. *Annals of General Psychiatry* 2007;6:8.

100 **Strous RD**, Mishali N, Ranan Y, Benyatov J, Green D, Zivotofsky AZ. Confronting the bomber: Coping at the site of previous terror attacks. *Journal of Nervous and Mental Disease* 2007;195:233-9.

101. **Strous RD.** Political Activism: Should Psychologists and Psychiatrists Try to Make a Difference? *Israel Journal of Psychiatry* 2007;44:12-7.

102 **Strous RD**, Laub D. Video Testimony in the Management of Chronic PTSD. *Directions in Psychiatry* 2007;27:35-41.

103. Greenbaum L, Smith RC, Rigbi A, **Strous R**, Teltsh O, Kanyas K, Korner M, Lancet D, Ben-Asher E, Lerer B. Further evidence for association of the *RGS2* gene with antipsychotic induced parkinsonism: Protective role of a functional polymorphism the 3'untranslated region. *Pharmacogenomics Journal* 2008 Mar 18. [Epub ahead of print]

104. Zivotofsky AZ, Oron L, Hibsher-Jacobson L, Weintraub Y, **Strous RD** . Finding the hidden faces: Schizophrenic patients fare worse than healthy subjects. *Neuropsychologia* 2008;46:2140-4.

105. **Strous RD**, Gibel A, Maayan R, Weizman A, Ritsner MS. Hormonal response to dehydroepiandrosterone administration in schizophrenia: Findings from a randomized, double-blind, placebo-controlled, crossover study. *Journal Clinical Psychopharmacology* 2008;28:456-9.

106. **Strous RD**, Ritsner MS, Adler S, Ratner Y, Maayan R, Kotler M, Lachman H, Weizman A. Improvement of Aggressive Behavior and Quality of Life Impairment Following S-Adenosyl-Methionine (SAM-e) Augmentation in Schizophrenia. *European Neuropsychopharmacology* 2008 Sep 26. [Epub ahead of print]

107. Nachshoni T, Abramovitch Y, Lerner V, Assael-Amir M, Kotler M, **Strous RD**. Psychologist's and Social Workers' Self-Descriptions Using DSM-IV Psychopathology. *Psychological Reports* 2008;103:173-88.

108. Stryjer R, Spivak B, **Strous RD**, Shiloh R, Harary E, Polak L, Birgen M, Kotler M, Weizman A. Trazodone for the Treatment of Sexual Dysfunction Induced by Serotonin Reuptake Inhibitors: A Preliminary Open-Label Study. *Clinical Neuropharmacology* 2008 Oct 23. [Epub ahead of print]

109. Strous R. Extermination of the Jewish mentally-ill during the Nazi era--the "doubly cursed". *Isr J Psychiatry Relat Sci*. 2008;45(4):247-56.

110. **Strous RD**. To Protect or to Publish: Confidentiality and the Fate of the Mentally-Ill Victims of Nazi Euthanasia. *Journal of Medical Ethics* 2009;35:361-364.

111. **Strous RD.** Dr Irmfried Eberl (1910-1948): Mass murdering MD *Israel Medical Association Journal (IMAJ)* 2009;11:216-218

112. **Strous RD**, Maayan R, Kaminsky M, Weizman A, Spivak B. DHEA and DHEA-S Levels in Hospitalized Adolescents with First-Episode Schizophrenia and Conduct Disorder: a comparison study. *European Neuropsychopharmacology* 2009;19:499-503.

113. Cohen-Yavin I, Yoran-Hegesh R, **Strous RD**, Kotler M, Weizman, A,, Spivak B. Efficacy of reboxetine in the treatment of attention-deficit hyperactivity disorder in boys with intolerance to methylphenidate. An open-label, 8-week, methylphenidate- controlled trial. *Clinical Neuropharmacology* 2009;32:179-82.

114. Bleich-Cohen M, **Strous RD**, Even R, Yovel G, Iancu, I, Olmer A, Hendler T. Diminished neural sensitivity to irregular facial expression in first-episode schizophrenia. *Human Brain Mapping* 2009;30:2606-16.

115. Ritsner MS, **Strous RD**. Neurocognitive deficits in schizophrenia are associated with alterations in blood levels of neurosteroids: a multiple regression analysis of findings from double-blind, randomized, placebo-controlled, crossover trial with DHEA. *Journal of Psychiatry Research* 2010 Jan;44(2):75-80.

116. **Strous RD**, Koppel M, Fine J, Nahaliel S, Shaked G, Zivotofsky AZ. Automated Characterization and Identification of Schizophrenia in Writing. *Journal of Nervous and Mental Disease* 2009;197:585-8.

117. Bleich M, Hendler T, Kotler M, **Strous RD**. Reduced language Lateralization in First-episode Schizophrenia: An fMRI Index of Functional Asymmetry. *Psychiatry Research*; 2009;171:82-93.

118. **Strous RD.** Antisemitism and the History of Medicine, the Challenge Then and Now. *Israel Medical Association Journal (IMAJ)* (2010, in press)

119. **Strous RD**, Jotkowitz A. Ethics and research in the service of asylum seekers. *Am J Bioeth.* 2010 Feb;10(2):63-5.

120. **Strous RD.** Psychiatric genocide: reflections and responsibilities. *Schizophr Bulletin*. 2010;36:208-10.

121. Gesundheit B, Reichenberg E, **Strous RD**. Resilience: Message from a "Mengele twin" survivor. *Psychiatric Services* 2011 Oct;62(10):1127-9.

122. **Strous RD.** Ethical Considerations in Clinical Training, Care and Research in Psychopharmacology. *International Journal of Neuropsychopharmacology* 2011 Apr;14(3):413-24.

123. Kritchmann Lupo M, **Strous RD**. Religiosity and anxiety and depression among Israeli medical students. Israel Medical Association Journal 2011 Oct;13(10):613-8.

124. Bergman Levy T, Azur S, Huberfeld R, Siegel AM, **Strous RD** Attitudes towards euthanasia and assisted suicide: a comparison between psychiatrists and other physicians. *Bioethics* 2012 Apr 12.. [Epub ahead of print]

125. Shlomi I, Harari L, Baum M, **Strous RD**. Postpartum PTSD: The uninvited birth companion *Israel Medical Association Journal* 2012 Jun;14(6):347-53.

126. Stryjer R, Ophir D, Bar F, Spivak B, Weizman A, **Strous RD**. Rivastigmine treatment for the prevention of electroconvulsive therapy-induced memory deficits in patients with schizophrenia. *Clin Neuropharmacol*. 2012 Jul-Aug;35(4):161-4

127. Olmer A, Iancu I, **Strous RD**. Exposure to antidepressant medications and suicide attempts in adult depressed inpatients. *J Nerv Ment Dis*. 2012 Jun;200(6):531-4.

128. Greenberg B, **Strous RD**. Werther's syndrome: copycat self-immolation in Israel with a call for responsible media response. *Isr Med Assoc J.* 2012 Aug;14(8):467-9.

129. Zivotofsky AZ, **Strous RD**. A perspective on the electrical stunning of animals: are there lessons to be learned from human electro-convulsive therapy (ECT)? *Meat Sci.* 2012 Apr;90(4):956-61.

130. **Strous RD**. The physician and the media: flippant professionalism? Isr Med Assoc J. 2012 Mar;14:143-6.

131. Maayan R, Ram E, Biton D, Cohen H, Baharav E, **Strous RD**, Weizman A. The influence of DHEA pretreatment on prepulse inhibition and the HPA-axis stress response in rat offspring exposed prenatally to polyriboinosinic-polyribocytidylic-acid (PIC). *Neurosci Lett*. 2012 Jul 11;521(1):6-10.

132. **Strous RD**, Bergman-Levy T, Greenberg B. Postmortem brain donation and organ transplantation in schizophrenia: what about patient consent? *J Med Ethics*. 2012 Jul;38(7):442-4.

133. **Strous RD**. Ethical considerations during times of conflict: challenges and pitfalls for the psychiatrist. *Isr J Psychiatry Relat Sci.* 2013;50(2):122-8.

134. Walsh K, Elliott JC, Shmulewitz D, Aharonovich E, **Strous R**, Frisch A, Weizman A, Spivak B, Grant BF, Hasin D. Trauma exposure, posttraumatic stress disorder and risk for alcohol, nicotine, and marijuana dependence in Israel. *Compr Psychiatry*. 2013 Nov 27.

135. Lindert, J, Stein Y, Guggenheim H, Jaakkola JK, von Cranach M, **Strous RD**. How Ethics Failed –The Role of Psychiatrists and Physicians in Nazi Programs from Exclusion to Extermination, 1933-1945. *Public Health Reviews,* 2013;Vol. 34, No 1.

9

136. **Strous RD** Physician: make a boundary for thyself--keep out of partisan politics! *Isr Med Assoc J*. 2014;16(3):173-4.
137. **Strous RD**, Zivotofsky AZ. Looking to the Future From the Past: Take Home Lessons From Japanese World War II Medical Atrocities. Am J Bioeth. 2015;15(6):59-61.
138. Glick S, Clarfield AM, **Strous RD**, Horton R. Academic Debate: Publications Which Promote Political Agendas Have no Place in Scientific and Medical Journals, and Academics Should Refrain from Publishing in Such Journals. Rambam Maimonides Med J. 2015 Jan 29;6(1):e0003
139. **Strous RD**, Opler AA, Opler LA. Reflections on "Emil Kraepelin: Icon and Reality". Am J Psychiatry. 2016
140. Olmer A, Greenberg B, **Strous RD**. Assessing the Need for Hospitalization in Order to Conduct a Psychiatric Evaluation as part of Criminal Law Procedure. Isr Med Assoc J. 2015  Sep;17(9):533-7.

## Chapters in Books

1. Iancu I, **Strous RD.** Caffeinism: History, Clinical Features, Diagnosis and Treatment Pharmacopsychoecologia 2002;15.
2. **Strous R**. Understanding Mental Disorders: Guidelines for the Rabbi. In A practical Guide to Rabbinic Counseling. Ed. Levitz YN, Twerski AJ. Feldheim Publishers, Jerusalem, 2005.
3. **Strous R**. Suicide: The Rabbi's Role. In A practical Guide to Rabbinic Counseling. Ed. Levitz YN, Twerski AJ. Feldheim Publishers, Jerusalem, 2005.
4. Stryjer R, **Strous RD**, Shiloh R, Poyurovsky M, Weizman A. 5HT2a Antagonists for the management of neuroleptic induced acute akathisia. (in Focus on Serotonin Uptake Inhibitor Research, ed. Anne C. Shirley 2006
5. Iancu I, **Strous RD**.      Caffeinism, in Caffeine and Activation Theory, Taylor and Francis, Boca Raton, Florida 2006.
6. **Strous RD**. Neurosteroids in the aging brain. In Neuroactive Steroids in Brain Functions, and Mental Health: New Perspectives for Research and Treatment 2008.
7. **Strous RD**. Historical injustice in psychiatry with examples from Nazi Germany and others: ethical lessons for the modern professional. Coercive Treatment in Psychiatry ed Thomas Kallert 2011
8. **Strous RD**. History and its relevance in the development and teaching of research ethics In Schildmann J, Sandow V, Rauprich O, Vollmann J (eds): Human Medical Research. Ethical, Legal and Socio-Cultural Aspects. 2012.