CONFIDENTIAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 08-01916-MD-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER
DERIVATIVE LITIGATION

_____

This Document Relates To:

ATA ACTIONS
_____/
                        Case No. 09-80683-CIV-MARRA

OLIVIA PESCATORE, et al.,

                 Plaintiffs,

       - against -

CHIQUITA BRANDS INTERNATIONAL, INC., *et al.*,

                 Defendants.
_____/


## EXPERT REPORT OF DR. RAEL STROUS
### *Re:*  Joshua Pescatore


I have been retained by the Plaintiffs in the matter of *Pescatore v. Chiquita Brands International, Inc.*, to provide a report and testimony regarding the mental health of Joshua Pescatore.


### Professional Qualifications

1.       I am a Medical Doctor specializing in psychiatry.  I am currently employed as the Deputy Hospital Director and Director of the Ambulatory Service of the Be'er Yaakov Mental Health Center located in Be'er Yaakov, Israel.  I also serve as Full Professor, Department of Psychiatry at the Sackler Faculty of Medicine at the Tel Aviv University and maintain a small private practice in clinical psychiatry.

2.      I received my medical degree in 1989 from the University of Witwatersrand in Johannesburg, South Africa.  Between 1992 and 1996, I performed my residency in psychiatry at the Albert Einstein College of Medicine in the Bronx, New York.  In 1996, I served as Chief Resident at the Bronx Psychiatric State Hospital.  From 1996 through 1998, I performed a clinical research fellowship in psychopharmacology at the Commonwealth Research Center, Massachusetts Mental Health Center affiliated with the Harvard Medical School.

3.      Before embarking on my career in psychiatry, I served as an emergency room doctor and as a general physician in pediatrics and trauma.

4.      I have approximately 150 peer reviewed research publications to my name including several in the field of chronic post-traumatic stress disorder (PTSD).

5.      Based on my education and experience as outlined above, I have provided expert reports that were submitted as exhibits in *Biton v. The Palestinian Interim Self-Government Authority, et al.*, 01 CV 382 (RWR), *Gilmore v. The Palestinian Interim Self-Government Authority et al.,* 01-cv-00853 (GK), *Rubin v. Islamic Republic of Iran*_01-1655 (RCL), *Ben Haim v. Islamic Republic of Iran*, 02-01811 (RCL) and *Kaplan v. Hezbollah, et al.*, No. 09-cv-646 (RWR)  in the United States District Court for the District of Columbia, *Leibovitch v. The Syrian Arab Republic et al.*, 08 CV 01939 (WTH) in the United States District Court for the Northern District of Illinois, and in *Shatsky v. The Syrian Arab Republic et. al*., 02-2280-RJL in the United States District Court of the District of Columbia.  I testified at a deposition in*, Sapirstein v. Palestinian Authority*, Case No. 0420225-CIV-Turnoff in the United States District Court for the Southern District of Florida. I have testified as an expert at one trial *Sokolow v.*

*Palestinian Liberation Organization et al.,* 04-CV-397(GBD).  In Israel, I have also submitted court mandated evaluations of psychiatric patients.

6.      A copy of my curriculum vitae, including a list of all publications authored by me within the preceding ten years, is attached hereto.

7.      I have been asked to provide an evaluation for Joshua Pescatore.[1]  To prepare this evaluation, I examined Plaintiff Joshua Pescatore on 16 June 2016. Upon examining Joshua Pescatore, I prepared a written Psychiatric Evaluation for him.  That written Psychiatric Evaluation represented my professional assessment of Joshua Pescatore.  Accordingly, I incorporate by reference into this report the Psychiatric Evaluation regarding Plaintiff Joshua Pescatore dated 16 June 2016 (attached hereto).

## Psychiatric Disorders

8.      To facilitate understanding and analysis of the Psychiatric Evaluation, I am including a brief explanation of Persistent Complex Bereavement Disorder, Post-Traumatic Stress Disorder, Substance Use Disorder and Substance Induced Depressive Disorder which afflicts Joshua Pescatore as indicated in his Psychiatric Evaluation.

## Persistent Complex Bereavement Disorder

9.      Persistent Complex Bereavement Disorder (also known as Pathological Grief or Complicated Mourning) refers to a description of the normal mourning process that leads to chronic or ongoing mourning. The term "Pathological Grief" is applied to people who are unable to get over their grief despite the passage of time. It can take most people up to several years to get past a serious loss especially when the loss is associated with a violent and unexpected death.

---

[1] For my study and testimony in the case, I am being compensated at $300/hour plus an added 17% VAT.

The person may experience intrusive distressing preoccupation with the deceased and wish to be reunited with the deceased. They may feel a sense of futility about the future, difficulty acknowledging the death, excessive irritability, bitterness or anger about the unfairness of the death and most significantly impaired social/occupational functioning. A pathological grief reaction is usually diagnosed after a long time (one or more years) have passed and the grieving person is not improving as expected.

## **Post-Traumatic Stress Disorder**

10.     Post-Traumatic Stress Disorder ("PTSD") is a condition which develops from having been exposed to, or witnessing, life-threatening events. In addition, the traumatic event may be indirect, by hearing of a relative or close friend who has experienced the life threatening event. Indirectly experienced death must be accidental or violent. PTSD is characterized by distinct types of symptoms. These symptoms include avoidance, re-experiencing the event, and hyper-vigilance. Avoidance is the active escape from situations that the PTSD victim associates with the event. Re-experiencing is reliving the memory of the event. Hypervigilance is a cluster of symptoms that includes exaggerated startle response, inability to fall asleep and inability to stay asleep.

11.     The disorder is also characterized by negative alterations in mood or cognitions which indicates a decline in someone's mood or thought patterns. This can include memory problems that are exclusive to the event, negative thoughts or beliefs about one's self or the world, distorted sense of blame for one's self or others, related to the event, being stuck in severe

emotions related to the trauma (e.g. horror, shame, sadness), severely reduced interest in pre-trauma activities and feeling detached, isolated or disconnected from other people.

12.     Due to their suffering and symptoms, educational and employment prospects for PTSD victims are often lowered.  Some have difficulty interacting with others.

13.     Younger victims and females may be more likely to be susceptible to PTSD.

14.     Overall effects on PTSD patients from this illness are severe. Patients are easily distractible due to their exaggerated response to stimuli.  Individuals face considerably lowered employment prospects and increased likelihood of difficulty in forming and maintaining interpersonal relationships.  For those who are married or who are able to marry and have children the stress of childrearing will be compounded.  The inability to relax and have a good time is extremely common with PTSD patients.

### Substance Induced Depressive Disorder

15.     Depression (major depressive disorder or clinical depression) is a common but serious mood disorder. It is a real illness and affects people in different ways. It causes severe symptoms that affect how a person feels, thinks, and handle daily activities, such as sleeping, eating, or working. To be diagnosed with depression, the symptoms must be present for at least two weeks. It is a condition where an individual experiences persistent feelings of sadness and worthlessness and a lack of desire to engage in formerly pleasurable activities. Other symptoms of depression include feelings of guilt, helplessness and hopelessness, appetite or weight changes, sleep changes, anger or irritability, loss of energy, self-loathing and reckless behavior. Clinical depression poses a high risk of accidental injury, self-harm and suicide. Depression can also suppress the immune system and weaken the body, making you more susceptible to physical

ailments and chronic illness. When you add drugs or alcohol to the mix, the risks to your physical and emotional health increase exponentially. Depression can happen at any age, but often begins in the teens or early 20s or 30s. Most chronic mood and anxiety disorders in adults begin as high levels of anxiety in children (NIMH).

16.     Substance abuse is common among people who suffer from a depressive disorder. Many substances trigger depression symptoms like lethargy, sadness and hopelessness. In addition, many depressed individuals reach for drugs or alcohol as a way to raise their spirits or to numb painful thoughts and anxieties. As a result, depression and substance abuse are often related, and one condition will often make the other worse.

17.     Joshua Pescatore displays some form of Persistent Complex Bereavement Disorder, Post-Traumatic Stress Disorder, Substance Use Disorder and Substance Induced Depressive Disorder either currently or in the past as a result of his father being kidnapped and later killed in Colombia in 1996/7.

18.     Based on my evaluation of Joshua Pescatore, I believe that many of his symptoms with which he has been diagnosed are likely to be present in varying degrees for a significant time to come and while it is impossible to state for any absolute certainty, many of the symptoms may even be permanent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    26 July 2016

_____
Rael Strous, MD

CONFIDENTIAL

# Rael Strous MD

## Psychiatrist

PO Box 940, Beit Shemesh 99000, Israel

Tel: 972-544-628254

Email: raels@post.tau.ac.il

USA Board Certified Psychiatrist

Israel Medical License: 31932

Israel Psychiatry License: 17270

16 June 2016

**Psychiatric Evaluation:** Joshua Pescatore

Date of Birth: ███ 1979

*This evaluation is based on clinical interview and formal psychiatric evaluation, as well as my review of the relevant affidavit and deposition materials in this case. My opinions are stated within a reasonable degree of medical certainty.*

Identifying Information

Joshua (Josh) Pescatore is a 37-year-old male USA citizen currently residing in West Monroe, Louisiana. He was born in West Monroe, Louisiana, USA and lived most of his life in Birmingham, Alabama. He is the oldest of 4 children to his parents. His biological father Tim Rogers, with whom he has had very limited contact over the years, lives in Daytona Beach, Florida. His mother divorced his biological father when he was approximately 3. He reports that he has worked in retail and is currently about to commence a new job in the area. He is currently single and has no children. He has studied a few semesters at college (University of Alabama) and has no diploma or degree. Since then he has worked at various jobs, usually in car audio, for relatively short periods of time. He has returned in the last few months to live with his

CONFIDENTIAL

mother (Olivia Pescatore) and grandmother (Lucille Leonard) in West Monroe, Alabama.

Presenting Problem

At the time of his father's kidnapping, Josh reports that he was 17 years old and in his senior year of high school. He recalls that he was living during the week with his father in an apartment in his school district. This was in order for him to continue for the year in his school while his family had moved to another larger more comfortable house in a different school district. This was not an easy decision for the family to make, as per his report, but the decision was made in order for him to continue in his current school at the time. He recalls that just prior to his father leaving for his last visit to Colombia, he had had a bad argument with his father regarding him (Josh) allowing friends to come to the apartment without the presence of his father. He recalls that the argument "was pretty bad". It was not physical in any way, however, "mean things" were said to each other. In general, Josh reports that this was a tense period in their lives since he had just started his senior year studies in high school as well as starting to work in a grocery store. This was on the back of the stress of living away from his family on a daily basis and only seeing them on the weekends. While it was not easy renting an apartment for both him and his father, this was necessary in order for him to stay in the same school district.

He recalls that he informed his mother about his fight with his father. He recalls that this was the last conversation that he had with his father. The fact that the last conversation that he remembers having with his father was a fight has caused him intense grief ever since. He also feels extremely guilty over this since his mother confronted his father over this around the time of his leaving to Colombia. He thus feels that he was the cause of tension between his parents just prior to his father's kidnapping and this has caused him intense guilt for the past 20 years. He feels he was the cause of the last conversation between him and his parents to be so unpleasant, angry and sad. This is something that he has never recovered from. He says this even though he knows that his mother loved his father so deeply even though at times she was mad at him.

**CONFIDENTIAL**

He believes it was about 3-4 days after his father arrived in Colombia that he was kidnapped. He found out about the kidnapping after his mother woke him up and told him and his siblings that their father had been kidnapped and that everyone was trying to get him back. He soon realized how bad this was and what a "big event" it would become. He understood from his mother that his "father had been kidnapped, we would then pay money and then he comes home." He had no idea at the time that he may be killed. This was in addition to the impression that the USA government would deal with the problem and solve it for them. He also remembers his mother telling them not to speak to reporters and that that they should still go to school. He recalls how he was hounded by reporters who came to their home and his school wanting to talk to him and his family. This was extremely unpleasant for him. It was made especially difficult when reporters would ask him if his father was a drug trafficker. He indicates that he was a very shy person – suddenly he became a celebrity as the son of the kidnapped man. This was extremely uncomfortable for him. He feels that people were trying to know his "personal business" including his feelings. Thus, he experienced it as being used for their needs (reporting, media etc.) and not for his good.

This stress continued almost every day for 2 months when he would have to run the gauntlet of reporters at school every day. He considered quitting school due to this stress and discomfort. However, he did continue since his mother insisted that he should. He recalls how her health was rapidly deteriorating due to the kidnapping and how much she was missing him and traumatized by his loss. She was so distressed by the event and its immediate consequences that she struggled to function. He recalls that her mother had to come and assist them in the house since his mother was suffering so much from the trauma. The fact that his mother was so devastated meant that he was left to do what he thought best in the situation. He managed to get a car and would stay away from home for hours at a time – essentially as much as possible so that he would be able to escape the pain of what had happened to his father.

This is when his problems began with drugs. He would get high to escape the pain. This began immediately after his father's funeral when he used a relatively high amount of marijuana to dull his emotions. Since then he believes that it has overtaken his "entire life". While he had used marijuana only on rare occasion before his father

3

CONFIDENTIAL

had been kidnapped as per his report, after he was kidnapped his use escalated tremendously in order to deal with his anger, frustration and pain over the kidnapping and later murder. He thus started using marijuana every day so he could suppress the anger and numb the pain that had built up inside him as a reaction to his father being taken. This helped him feel numb in order to deal with the overwhelming pain in the face of the kidnapping and murder. Since then, he never stopped using drugs. He has used multiple different substances over the years including marijuana, cocaine, ecstasy and most prominently opiates (heroin, lortabs, oxycontin). To this day he remains in a struggle with his substance abuse problem. He believes that it has affected in turn many aspects of his cognitive function including memory and attention. He has participated in drug rehabilitation programs where he reports he has addressed issues of loss and depression regarding what happened to his father. He participated in a methadone clinic program for the past year, and this has helped gain some clarity for the first time in years. He admits to a serious opiate addiction for the past 19 years or so. He has been in a drug rehabilitation program four times and has also been in prison as a direct result of his drug use. He adds that he has wasted "tens of thousands" of dollars on his substance use.

On the day that he heard of his father's murder, he had come home after using marijuana at around 10pm at night he thinks. He had talked a little to his mother, said goodnight and went to bed. A short time later he heard a huge thud. He ran towards the sound and found his mother hysterically crying and running around the yard in a most terrible state. He saw the phone lying on the ground. He picked it up and was asked by someone on the other end of the line how old he was. He stated he was 18 since he had a feeling that the news was too important to miss (he was 17 at the time). The person at the other end of the line said that they were sorry, but that his father had been found dead. He then quickly went to grab his still hysterically crying mother and brought her into the house. He remembers placing her in a couch. All the rest of the siblings then woke up and they were told the dreadful news of their father's murder. He remembers this experience very vividly. Since he was the oldest sibling, much of the responsibility in telling the children and assisting them in integrating the news and dealing with it initially was his. His mother was so shocked and so distressed that she needed help in this process. He remembers especially sitting with Jordan and telling her that "Dad is in heaven now with the angels".

**CONFIDENTIAL**

He remembers for the short term after, he was in total shock. The pain was immense and this was added to the fact that suddenly he was rocketed from being a child into adulthood. He feels that he had no one to talk to. He remembers how devastating this time was and how long it lasted for him. He believes that he was really immature for his age. This was expressed in the aftermath of his father's death when he felt for some reason that he could do whatever he wanted in order to cope. His father was not around, his mother was too devastated and overwhelmed by her own pain in order to deal with him even though she tried very hard to impact him– therefore he had to find his own way to deal with it. In order to "not feel", he thus started to "heavy-duty" self-medicate himself in order to block out his feelings. Since his feelings were so intense all at once around the loss of his father and the associated longing and guilt, he had no shell as he sees it in order to deal with the pain. Thus he turned to a range of drugs and alcohol. This was the massive turning point in his life over which he feels he had no control.

The short term effects in addition to increasingly heavy drug and alcohol use included the following:

1. He quit high school after the funeral. School simply became too stressful for him. The murder was so sensationalized by the media that he felt overwhelmed by reporters and his sudden celebrity status around the whole kidnaping and murder.

2. Started engaging in increasingly dangerous activities. In addition to heavy drug use (cocaine, heroin etc.) and alcohol, he became progressively more promiscuous with multiple partners. All this he reports was an effort on his part to bury his emotions. He feels that everyone would see him after his father's murder with pity and sympathy. He did not want people for some reason to see him suffering so he turned to this risky behavior in order to deflect his pitiful state.

3. Stress due to financial state of affairs. It took some time for his father's estate to come through since he did not appear to have a will to the best of his knowledge. Thus, in the beginning there was financial stress even though the family was being helped in some manner. This stress added to his desire to

**CONFIDENTIAL**

disconnect from the family in order that he would not become a further burden to them.

It was too much pain to see his family suffering so this added to his need to disconnect from them. He realizes that this was a selfish approach to take, now in hindsight. However, the whole kidnapping and murder experience was too painful to undergo together with them. As the oldest sibling, he feels he knew much more regarding details than anyone else of the siblings. All this was too painful for him to bear. In some way, he feels that his disconnecting did have some good. While he never was able to move beyond his pain, his other three siblings did manage to become successful in some way despite their pain, whereas he did not. While he is developing some insight into his behavior over the last period of time, he feels it is already too late for him to recover. He is trying to reconnect to his family and has succeeded to some extent with Jordan, but not with Jada and Jarrod. He feels that their relationship since his father's loss has been irreversibly damaged. Some of this is related to his (Josh's) desire not to let his past behavior affect the professional image of his brother Jarrod (the pharmacist) and the fact that it is already too late to repair his relationship with Jada. This is all a major change from before the kidnapping and murder when they were all very close and did so much together. He recognizes clearly that his (Josh's) decision to disconnect and leave the family in order to protect them in his way lead to all these problems. It has taken almost 20 years for any relationship to develop again.

As Josh describes, the long term effects of his father's kidnapping and murder have been profound. The effects he directly or indirectly attributes to the trauma include:
1. Chronic polysubstance use.
2. Felony conviction in Alabama State.
3. Hepatitis C from intravenous heroin use.
4. Depression. This included often a desire to end his life in order to end the pain of his loss.
5. Significant anger issues including volatility in relationships with others.
6. Unstable moods which he regulated with "chemical substances".
7. Four drug overdoses
8. Wasting a great deal of money.

CONFIDENTIAL

9.  Difficulty holding down any job other than something menial.

10. Struggling to make a living.

11. Impaired social life – with "no significant other".

For the past 2 months he has come back to live at home with his mother since he is trying to dry himself off from drugs once and for all in a safe place. He receives treatment now twice a month in the methadone clinic he is attending. Within this treatment infrastructure, he has begun to finally talk in some depth about what has been bothering him for years. He indicates that he believes this stems from his unresolved issues surrounding the loss of his father in such a violent manner and he has begun to speak about this to others. He struggles to share this with non-professionals and group therapy since most focus on the fascination value of the story and not on his personal pain.

*PTSD symptomatology*

1.  After his father was murdered, he began to experience recurring nightmares of him (Josh) moving through the jungle and being shot. Then he slowly dies as the lights fade out. He would often wake up in a cold sweat. He would often use drugs in order to calm himself (self-medicate) after such nightmares. He was often told that he would even become violent in his sleep – most likely he attributes to such nightmares.

2.  Thinks about his father's death every day and has frequent flashbacks to the funeral when he was kneeling down against his father's casket. This makes him cry. Knows that this image is related to a feeling that he could not see his father's body in the casket since he was murdered in such a violent manner. The image of his father being shot, then disemboweled, flooded with formalin and then bundled up is horrific for him. This causes him to boil over with hate and anger. It is precisely this sensation that he would treat with drug use.

3.  He avoids baseball since it reminds him of the time she would play with his father. He also avoids certain movies such as the "lawnmower man" since he remembers watching them with his father.

4.  When he dwells in some way on how his father must have suffered and how he died, he gets "all hot and sweaty and anxious". He then has to do something to relive himself of the sensation.

5. He feels intense guilt around his father's death since he thinks it was him who informed his mother about his father's infidelity.

6. He reports that he feels a great deal of numbness when he recalls the event – this protects him.

He reports that he met with a grief counsellor after his father was murdered. This did not last long since he did not feel comfortable talking to the counsellor.

Josh reports that he has lost so much since his father (and mentor) was murdered that he "still does not know where to go" in his life. He indicates that he spends every day of his life since in some form of "fog" or "haze". He reports that not a day goes past that he does not relive the loss and murder of his father and all its many ramifications since, including the loss of direction and motivation in life. He knows that before the kidnapping and murder he lived a model life with no school problems, no drug abuse and no trouble with the law. Before the kidnaping and murder he was "nerdy (interested in computers and high tech), never in trouble and very competitive". After the loss of his father all fell apart and he lost his sense of respect for authority and any sense of respect for the law. This all "went right out the window". The murder came at a critical time when he was supposed to become a man and move on to college. Drugs, stealing and his anger became an easier way to deal with the pain and they completely threw off his life.

Previous Psychiatric Illnesses and Treatment

Josh reports that he has met with a psychiatrist a few times within the context of a drug rehabilitation program during the years 2006-2007. He was told that he has depression. He was advised to take medication and the physician recommended him to take clonazepam and antidepressants. However, he did not take the medication. This is since he knew of better substances to take in order to numb his pain. He indicates that he remains depressed to this day.

Prior to his father being kidnapped and murdered he reports that he had never seen a psychologist or psychiatrist and was never in need of such treatment.

**CONFIDENTIAL**

Alcohol or Substance History

He reports heavy use of a multitude of drugs and alcohol since his father was kidnapped and murdered. This included ramifications of problems with the law (arrest) and failed drug rehabilitation programs (at least X 4). He is currently in drug rehabilitation within the context of a methadone treatment clinic.

Current Medical Illnesses

Denies any.

Mental Status

*General appearance*: Dressed casually.

*Behavior*: Cooperative. Verbal and expressive, obviously intelligent.

*Affect*: Euthymic affect.

*Mood*: Admits to chronic depression.

*Speech*: Clear and coherent. Rich vocabulary.

*Thought disorder*: No evidence of formal thought disorder.

*Thought Content*: No evidence of delusional content.

*Perceptual Disorder*: No evidence of past or present hallucinations. No evidence of psychosis.

*Neurocognitive and neuropsychiatric status*: fully alert and oriented. Concentration and attention ability is intact.

*Impulse Control*: Intact.

*Insight*: Good.

*Judgment*: Good.

*Reliability of Mental status and interview*: very good.

Psychological Testing

*HAM-D rating scale, HAM-A rating scale, PTSD scale (PDS) and Pathological Grief screening questionnaires were administered.*

**The Hamilton Depression rating scale** (also known as the Ham-D) is the most widely used clinician-administered depression assessment scale. The original version contains 17 items (HDRS17) pertaining to symptoms of depression experienced over

9

CONFIDENTIAL

the past week. **The Hamilton Anxiety Rating Scale** (HAM-A) is a widely used and well-validated tool for measuring the severity of a patient's anxiety. The HAM-A probes 14 parameters.

The **Post-Traumatic Stress Diagnostic Scale (PDS)** is a 49-item self-report measure used in clinical or research settings to measure severity of Post-traumatic Stress Disorder (PTSD) symptoms related to a single identified traumatic event. The PDS has four sections. Part 1 is a trauma checklist. In Part 2, those completing the scale are asked about this most disturbing traumatic event including when it happened, if anyone was injured, perceived life threat, and whether the event resulted in helplessness or terror. Part 3 evaluates 17 PTSD symptoms. Respondents are asked to rate the severity of the symptom from 0 ("not at all or only one time") to 3 ("5 or more times a week / almost always"). Part 4 assesses influence of the symptoms in their lives.

A semi-structured interview format to facilitate assessment of complicated grief, developed by Shear et al., was administered (**Interview Guide for Complicated Grief**). This is a screening rating scale with two Parts (A and B). The first section requires at least one of 4 symptoms to be endorsed indicating experience over the past month. The second section requires at least two of 8 symptoms to be endorsed. In addition, the **Brief Grief Questionnaire** developed by Shear and Essock was administered consisting of 5 screening questions (0-2) for Complicated Grief disorder.

Scores indicate severe depression (score of 33 on the Ham-D), severe anxiety (score of 28 on the Ham-A), moderate PTSD (score of 18 on the PDS) and presence of pathological/complicated grief (3 of 4 on Part A, 8 of 8 on Part B; Score of 8 on Brief Grief Questionnaire). Please see attached documents with detailed scoring.

Report from Ms. Olivia Pescatore (excerpts from affidavit) 12/23/15
Josh, their oldest child, was seventeen years old when Frank was murdered. At the time, he was looking into colleges to attend after high school. However, he never had a chance to even graduate. The trauma of losing his father was just too great and he dropped out of high school without graduating and was not able to attend college because of the stress he experienced. After the loss of his father, she reports that he

10

CONFIDENTIAL

got into a lot of trouble. He had many fights at school after Frank's kidnapping and consequent murder. He got into a lot of fights because they told him that his father was just a drug dealer. As a result of these problems, he did not complete school even though she reports that Josh was a gifted student. As an example, she quotes that he scored a thirty-five on the ACT test when he was a freshman at John Carroll school. She attributes many of his later problems to him blaming himself for his father not returning home and carrying around a great deal of guilt even though obviously he was not the cause.

Summary of Observations

Josh Pescatore is a 37-year-old male with signs and symptoms of polysubstance abuse, post-traumatic stress disorder (PTSD), depressive disorder, anxiety disorder and complicated/pathological grief since his father was kidnapped and murdered in Colombia in 1996. The loss of his father was devastating to Josh and he dealt with the loss and pain by withdrawing from his family and turning to multiple uses of substances. It is most likely that his use of multiple substances is directly related to what happened to his father and his dysfunctional response to the tragedy of the loss for him. This caused considerable disturbances in a multitude of aspects of his life dramatically affecting his mood and life trajectory from which he has never recovered.

Prognosis

Josh Pescatore suffered significant effects on mood and interpersonal functioning in light of his father's kidnapping and murder in Colombia in 1996/1997. It is profoundly clear how much his life has been irreversibly affected in aspects of academic, social and occupational functioning with his subsequent polysubstance abuse and its effects on his life. It is not expected that these issues in mood, behavior and life path will resolve in the short term, and they will continue to affect him indefinitely.

Diagnostic Formulation

**309.89 (F43.8) Persistent Complex Bereavement Disorder; (severe) with traumatic bereavement**

11

CONFIDENTIAL

**304.80 Substance use Disorder (alcohol, cocaine, opiates, marijuana)**

**292.84 (F11.24) Substance/Medication induced depressive disorder**

**309.81 (F43.10) Post-traumatic Stress Disorder (partial)**

Rael Strous MD

**Attachments:** **HAM-D rating scale results**

**HAM-A rating scale results**

**PDS scale**

**Pathological Grief Screening (Interview Guide for Complicated Grief, Brief Grief Questionnaire)**

**Curriculum Vitae (Rael Strous MD)**

# HAMILTON DEPRESSION RATING SCALE (HAM-D)
(To be administered by a health care professional)

Patient Name _Josh Pescatore_      Today's Date _2 2/6/10_

The HAM-D is designed to rate the severity of depression in patients. Although it contains 21 areas, calculate the patient's score on the first 17 answers.

**4**  1. DEPRESSED MOOD
(Gloomy attitude, pessimism about the future, feeling of sadness, tendency to weep)
0 = Absent
1 = Sadness, etc.
2 = Occasional weeping
3 = Frequent weeping
4 = Extreme symptoms

**3**  2. FEELINGS OF GUILT
0 = Absent
1 = Self-reproach, feels he/she has let people down
2 = Ideas of guilt
3 = Present illness is a punishment; delusions of guilt
4 = Hallucinations of guilt

**3**  3. SUICIDE
0 = Absent
1 = Feels life is not worth living
2 = Wishes he/she were dead
3 = Suicidal ideas or gestures
4 = Attempts at suicide

**3**  4. INSOMNIA - Initial
(Difficulty in falling asleep)
0 = Absent
1 = Occasional
2 = Frequent

**2**  5. INSOMNIA - Middle
(Complains of being restless and disturbed during the night. Waking during the night.)
0 = Absent
1 = Occasional
2 = Frequent

**2**  6. INSOMNIA - Delayed
(Waking in early hours of the morning and unable to fall asleep again)
0 = Absent
1 = Occasional
2 = Frequent

**4**  7. WORK AND INTERESTS
0 = No difficulty
1 = Feelings of incapacity, listlessness, indecision and vacillation
2 = Loss of interest in hobbies, decreased social activities
3 = Productivity decreased
4 = Unable to work. Stopped working because of present illness only. (Absence from work after treatment or recovery may rate a lower score).

**1**  8. RETARDATION
(Slowness of thought, speech, and activity; apathy; stupor.)
0 = Absent
1 = Slight retardation at interview
2 = Obvious retardation at interview
3 = Interview difficult
4 = Complete stupor

**2**  9. AGITATION
(Restlessness associated with anxiety.)
0 = Absent
1 = Occasional
2 = Frequent

**3**  10. ANXIETY - PSYCHIC
0 = No difficulty
1 = Tension and irritability
2 = Worrying about minor matters
3 = Apprehensive attitude
4 = Fears

# HAMILTON DEPRESSION RATING SCALE (HAM-D)

(To be administered by a health care professional)

11. ANXIETY - SOMATIC
Gastrointestinal, indigestion
Cardiovascular, palpitation, Headaches
Respiratory, Genito-urinary, etc.
0 = Absent
1 = Mild
2 = Moderate
3 = Severe
4 = Incapacitating

12. SOMATIC SYMPTOMS -
GASTROINTESTINAL
(Loss of appetite , heavy feeling in abdomen;
constipation)
0 = Absent
1 = Mild
2 = Severe

13. SOMATIC SYMPTOMS - GENERAL
(Heaviness in limbs, back or head; diffuse
backache; loss of energy and fatiguability)
0 = Absent
1 = Mild
2 = Severe

14. GENITAL SYMPTOMS
(Loss of libido, menstrual disturbances)
0 = Absent
1 = Mild
2 = Severe

15. HYPOCHONDRIASIS
0 = Not present
1 = Self-absorption (bodily)
2 = Preoccupation with health
3 = Querulous attitude
4 = Hypochondriacal delusions

16. WEIGHT LOSS
0 = No weight loss
1 = Slight
2 = Obvious or severe

17. INSIGHT
(Insight must be interpreted in terms of pa-
tient's understanding and background.)
0 = No loss
1 = Partial or doubtfull loss
2 = Loss of insight

TOTAL ITEMS 1 TO 17:
0 - 7 = Normal
8 - 13 = Mild Depression
14-18 = Moderate Depression
19 - 22 = Severe Depression
≥23 = Very Severe Depression

18. DIURNAL VARIATION
(Symptoms worse in morning or evening.
Note which it is. )
0 = No variation
1 = Mild variation; AM ( ) PM ( )
2 = Severe variation; AM ( ) PM ( )

19. DEPERSONALIZATION AND
DEREALIZATION
(feelings of unreality, nihilistic ideas)
0 = Absent
1 = Mild
2 = Moderate
3 = Severe
4 = Incapacitating

20. PARANOID SYMPTOMS
(Not with a depressive quality)
0 = None
1 = Suspicious
2 = Ideas of reference
3 = Delusions of reference and persecution
4 = Hallucinations, persecutory

21. OBSESSIONAL SYMPTOMS
(Obsessive thoughts and compulsions against
which the patient struggles)
0 = Absent
1 = Mild
2 = Severe

* Adapted from Hamilton, M. *Journal of Neurology, Neurosurgery, and Psychiatry.* 23:56-62, 1960.

# HAMILTON ANXIETY SCALE (HAM-A)

Patient Name _____     Today's Date _____

The Hamilton Anxiety Scale (HAM-A) is a rating scale developed to quantify the severity of anxiety symptomatology, often used in psychotropic drug evaluation. It consists of 14 items, each defined by a series of symptoms. Each item is rated on a 5-point scale, ranging from 0 (not present) to 4 (severe).

0 = Not present   to   4 = Severe

Score

**3** 1. ANXIOUS MOOD
- Worries
- Anticipates worst

**3** 2. TENSION
- Startles
- Cries easily
- Restless
- Trembling

**3** 3. FEARS
- Fear of the dark
- Fear of strangers
- Fear of being alone
- Fear of animal

**3** 4. INSOMNIA
- Difficulty falling asleep or staying asleep
- Difficulty with Nightmares

**4** 5. INTELLECTUAL
- Poor concentration
- Memory Impairment

**4** 6. DEPRESSED MOOD
- Decreased interest in activities
- Anhedoni
- Insomnia

**2** 7. SOMATIC COMPLAINTS: MUSCULAR
- Muscle aches or pains
- Bruxism

**0** 8. SOMATIC COMPLAINTS: SENSORY
- Tinnitus
- Blurred vision

**1** 9. CARDIOVASCULAR SYMPTOMS
- Tachycardia
- Palpitations
- Chest Pain
- Sensation of feeling faint

**0** 10. RESPIRATORY SYMPTOMS
- Chest pressure
- Choking sensation
- Shortness of Breath

**0** 11. GASTROINTESTINAL SYMPTOMS
- Dysphagia
- Nausea or Vomiting
- Constipation
- Weight loss
- Abdominal fullness

**0** 12. GENITOURINARY SYMPTOMS
- Urinary frequency or urgency
- Dysmenorrhea
- Impotence

**3** 13. AUTONOMIC SYMPTOMS
- Dry Mouth
- Flushing
- Pallor
- Sweating

**2** 14. BEHAVIOR AT INTERVIEW
- Fidgets
- Tremor
- Paces

**PTSD Symptom Scale (PSS)**

Name _____Josh Pescatore_____ Date __22/6/16__ (Side One)

**Below is a list of traumatic events or situations. Please mark YES if you have experienced or witnessed the following events or mark NO if you have not had that experience.**

1. Serious accident, fire or explosion                                           ☐ Yes  ☐ No

2. Natural disaster (tornado, flood, hurricane, major earthquake)                 ☐ Yes  ☐ No

3. Non-sexual assault by someone you know (physically attacked/injured)           ☐ Yes  ☐ No

4. Non-sexual assault by a stranger                                               ☐ Yes  ☐ No

5. Sexual assault by a family member or someone you know                          ☐ Yes  ☐ No

6. Sexual assault by a stranger                                                   ☐ Yes  ☐ No

7. Military combat or a war zone                                                  ☐ Yes  ☐ No

8. Sexual contact before you were age 18 with someone who was 5 or more years older than you  ☐ Yes  ☐ No

9. Imprisonment                                                                   ☐ Yes  ☐ No

10. Torture                                                                       ☐ Yes  ☐ No

11. Life-threatening illness                                                      ☐ Yes  ☐ No

12. Other traumatic event                                                         ☐ Yes  ☐ No

13. If "other traumatic event" is checked YES above; please write what the event was     *Kidnapping & death*

14. Of the question to which you answered YES, which was the worst     *of father*

    (Please list the question #)

15. Which of the above incidences is the reason for which you are currently seeking treatment?

    (Please list the question #)                                                  _____

If you answered **NO** to all of the above questions, **STOP**
If you answered **YES** to any of the above questions, please complete the rest of the form

**Please check YES or NO regarding the event listed in question 15.**

Were you physically injured?                                  ☐ Yes  ☑ No

Was someone else physically injured?                          ☑ Yes  ☐ No

Did you think your life was in danger?                        ☐ Yes  ☑ No

Did you think someone else's life was in danger?             ☑ Yes  ☐ No

Did you feel helpless?                                        ☑ Yes  ☐ No

Did you feel terrified?                                       ☑ Yes  ☐ No

**Please complete both sides of this document if you answered YES to any of the first series of questions (1-14).**

Foa, Riggs, Dancu, Rothbaum (1993)                        HCSATS 2/11

## PTSD Symptom Scale (PSS)

(Side 2)

**Below is a list of problems that people sometimes have after experiencing a traumatic event. Please rate on a scale from 0-3 how much or how often these following things have occurred to you in the last two weeks:**

| | |
|---|---|
| 0 | Not at all |
| 1 | Once per week or less/ a little bit/ one in a while |
| 2 | 2 to 4 times per week/ somewhat/ half the time |
| 3 | 3 to 5 or more times per week/ very much/ almost always |

| | | | | | |
|---|---|---|---|---|---|
| 1. | Having upsetting thought or images about the traumatic event that come into your head when you did not want them to | 0 | (1) | 2 | 3 |
| 2. | Having bad dreams or nightmares about the traumatic event | 0 | (1) | 2 | 3 |
| 3. | Reliving the traumatic event (acting as if it were happening again) | 0 | (1) | 2 | 3 |
| 4. | Feeling emotionally upset when you are reminded of the traumatic event | (0) | 1 | 2 | 3 |
| 5. | Experiencing physical reactions when reminded of the traumatic event (sweating, increased heart rate) | (0) | 1 | 2 | 3 |
| 6. | Trying not to think or talk about the traumatic event | (0) | 1 | 2 | 3 |
| 7. | Trying to avoid activities or people that remind you of the traumatic event | 0 | 1 | (2) | 3 |
| 8. | Not being able to remember an important part of the traumatic event | 0 | 1 | (2) | 3 |
| 9. | Having much less interest or participating much less often in important activities | 0 | (1) | 2 | 3 |
| 10. | Feeling distant or cut off from the people around you | 0 | 1 | (2) | 3 |
| 11. | Feeling emotionally numb (unable to cry or have loving feelings) | 0 | 1 | (2) | 3 |
| 12. | Feeling as if your future hopes or plans will not come true | 0 | (1) | 2 | 3 |
| 13. | Having trouble falling or staying asleep | 0 | 1 | 2 | (3) |
| 14. | Feeling irritable or having fits of anger | 0 | (1) | 2 | 3 |
| 15. | Having trouble concentrating | 0 | 1 | (2) | 3 |
| 16. | Being overly alert | (0) | 1 | 2 | 3 |
| 17. | Being jumpy or easily startled | (0) | 1 | 2 | 3 |

**Please mark YES or NO if the problems above interfered with the following:**

| | | | | | |
|---|---|---|---|---|---|
| 1. | Work | ☑Yes ☐No | 6. | Family relationships | ☑Yes ☐No |
| 2. | Household duties | ☑Yes ☐No | 7. | Sex life | ☐Yes ☑No |
| 3. | Friendships | ☑Yes ☐No | 8. | General life satisfaction | ☑Yes ☐No |
| 4. | Fun/leisure activities | ☑Yes ☐No | 9. | Overall functioning | ☑Yes ☐No |
| 5. | Schoolwork | ☐Yes ☑No | | | |

Foa, Riggs, Dancu, Rothbaum (1993)                    UCSATS 2/11

Josh    Pescatore            22/6/16

# Semi-structured INTERVIEW GUIDE FOR COMPLICATED GRIEF
Developed by M. Katherine Shear, Charles F. Reynolds, Naomi Simon, Sidney Zisook, Christine Mauro, Yuanjia Wang, and Barry Lebowitz

The following interview questions are proposed for use in practice as means of readily capturing the features outlined in the 2011 [1,2] [1]criteria , but formal assessment of its use in practice is still needed.

<u>Suggested Introduction</u>:  Tell the patient that you know that s/he has been struggling since the loss of _____ (name the person who died).  Explain that grief is sometimes complicated and that there is help available.  Tell her/him that you would like to ask some questions about her/his reaction to the loss and that can help you decide if this syndrome is present.  Get the patient's agreement to proceed.  Explain that you are asking about these symptoms over the past month.

PART A: (CRITERION:  at least ONE of the following four symptoms is endorsed)

NOTE: Endorsement of a symptom means it is clearly endorsed and the patient experiences this symptom frequently over the past month.

1. Do you often find yourself yearning or longing for **Father** a lot or feel a very strong desire to be with [her or him] again? **Yes**

2. Do you often feel very lonely, like you are all alone in the world now that _____is gone or feel like your life is empty or no longer has purpose or meaning since ____died? **Yes**

3. Do you often have a wish to die in order to find or join ____ or because life is not worth living if _____ is not here? **No → but t end pun**

4. Do you often have thoughts or images of _____, that keep coming back even when you're focused on other things? **Yes**

PART B: (CRITERION:  at least TWO of the following symptoms are endorsed)

1. Do you think or worry a lot about how or why _____ died,  have guilty or self-blaming thoughts or beliefs related to the death, or worry a lot about not being able to manage without ____? **Yes**

2. Do you have trouble accepting the idea that _____ is not coming back, like you can't really believe it, or like you think it should not have happened? **Yes**

---

[1] The item "Often feel pain or think you have other symptoms that ____ had or think you are hearing her/his voice or seeing him/her?" was removed because it is endorsed very infrequently.

2

3. Do you feel shocked or stunned by the death or feel emotionally numb, like you couldn't feel anything even if you wanted to?   *Yes*

4. Do you feel bitter or angry about the death, or about something related to the death   *Yes*

5. Do you have difficulty trusting other people who haven't experienced a similar loss, find it difficult to care about or feel close to family or friends, or feel very envious of others who haven't experienced similar loss?   *Yes*

6. Do you often have intense emotional reactions when you encounter reminders of the loss and/or have physical reactions like feeling nausea or upset stomach, or dizzy or racing heart or trouble breathing or other physical symptoms?   *Yes*

7. Do you often avoid things because they are a reminder of your loss? For example, do you avoid places you went together, activities with other people that you associate with her/him, looking at pictures of her/him or anything else? Or avoid getting rid of _____'s possessions even if you really need to?   *Yes*

IF the above criteria are met, confirm that the symptoms are causing clinically significant impairment over the past month:

8. Do you feel confused or uncertain about your role in the world or your identity since _____ died, find it difficult to pursue interests or plan for the future because you can't share things with _____ anymore or is grief interfering a lot with your ability to work or socialize or function in other ways?   *Yes*

### BRIEF GRIEF QUESTIONNAIRE
Katherine Shear M.D. and Susan Essock Ph.D.

This is a screening questionnaire. You can use it as a self-report questionnaire or you can tell the patient the anchor points and ask the questions in an interview format.

How much are you having trouble accepting the death of _____?

Not at all............................................................0

Somewhat..........................................................1

A lot ..................................................................2

3

2. How much does your grief still interfere with your life?

   Not at all.................................................................0

   Somewhat .........................................................(1)

   A lot .................................................................2

3. How much are you having images or thoughts of _____ when s/he died or

   other thoughts about the death that really bother you?

   Not at all.................................................................0

   Somewhat...........................................................1

   A lot .................................................................(2)

4. Are there things you used to do when _____ was alive that you don't feel comfortable

   doing anymore, that you avoid?  Like going somewhere you went with him/her, or

   doing things you used to enjoy together?  Or avoiding looking at pictures or talking

   about _____?  How much are you avoiding these things?

   Not at all.................................................................0

   Somewhat...........................................................1

   A lot .................................................................(2)

5. How much are you feeling cut off or distant from other people since _____ died,

even people you used to be close to like family or friends?

   Not at all.................................................................0

   Somewhat...........................................................1

   A lot .................................................................(2)

Screen positive:  total score $\geq 5$

REFERENCES

1.    Shear MK, Simon N, Wall M, et al. Complicated grief and related bereavement
issues for DSM-5. *Depression and anxiety.* Feb 2011;28(2):103-117.

4

2.    Simon NM, Wall MM, Keshaviah A, Dryman MT, LeBlanc NJ, Shear MK. Informing the symptom profile of complicated grief. *Depression and anxiety.* Feb 2011;28(2):118-126.

3.    Shear, K. M., Jackson, C. T., Essock, S. M., Donahue, S. A., & Felton, C. J. (2006). Screening for complicated grief among Project Liberty service recipients 18 months after September 11, 2001. *Psychiatr Serv, 57*(9), 1291-1297.

# Curriculum Vitae: Rael D. Strous MD, MHA

PO Box 1, Beer Yaakov, 70350, Israel
Tel: 972-544628254
Email: raels@post.tau.ac.il

**Current Title and Affiliation**:
Director of Ambulatory Services, Beer Yaakov Mental Health Center
Deputy Hospital Director, Beer Yaakov Mental Health Center
Full Professor, Department of Psychiatry, Sackler Faculty of Medicine, Tel Aviv University

## EDUCATION

| | |
|---|---|
| 1984 – 1989 | Medical School, ***University of Witwatersrand***, Johannesburg, South Africa, MBBCh |
| 1992 – 1996 | Psychiatry residency, ***Albert Einstein College of Medicine***, New York (USA Board Certification) |
| 1996 – 1998 | Clinical Research Fellowship in Psychopharmacology, Massachusetts Mental Health Center, Commonwealth Research Center ***Harvard Medical School***, Boston, USA |
| 2012-2014 | Masters in Health Administration (MHA), ***Ben Gurion University*** |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1990 | Internship, Hillbrow Hospital, Medicine, Surgery, Johannesburg, South Africa |
| 1991 | Alexandra Health Center, Ambulatory Med., General physician, Johannesburg, South Africa |
| 1991 | Johannesburg General Hospital, Emergency Room MD |
| 1992-1996 | Psychiatry Resident, Albert Einstein College of Medicine, Bronx Municipal Hospital, North Central Bronx Hospital, Montefiore Hospital (Chief Resident Bronx Psychiatric State 1995/6) |
| 1996-1998 | Research Fellow, Commonwealth Research Center, Massachusetts Mental Health Center, Harvard Medical School |
| 1999–present | Beer Yaakov Mental Health Center (Director Chronic Inpatient Unit 2003-2013), Deputy Hospital Director 2013-present) |
| 2005-2015 | Chairman, medication committee, Beer Yaakov Mental Health Center |
| 2013-2015 | Chairman, committee on violence prevention, Beer Yaakov Mental Health Center |
| 2013-2015 | Chairman, residency training committee, Beer Yaakov Mental Health Center |
| 2013-present | Member, National Council for Mental Illness |
| 2014-present | Member, National Council for Suicide Prevention |
| 2013-2014 | Member, National Scientific Council for Psychiatry, Israel Medical Association |
| 2013-2014 | Member, National Committee for Quality of Psychiatric Hospitals, Israel Ministry of Health |
| 2014-present | Member National Committee of Professional Ethics, Israel Medical Association |
| 2015-present | Chairman, National Committee for Ethics in Psychiatry, Israel Psychiatric Association |

## ACADEMIC AND RESEARCH ACTIVITIES, SACKLER FACULTY OF MEDICINE

| | |
|---|---|
| 2009-2010: | Director, New York State/American Program, Sackler Faculty of Medicine, Tel Aviv University |
| 2008-2010 | Member Medical School Curriculum Committee |
| 2008-2010 | Member Four Year Medical School Program Steering Committee |
| 2003-2015: | Member Medical School Admissions Evaluation Team |
| 2003-2008: | Coordinator medical student exam in psychiatry (USA and Israeli medical students) |
| 2003-2006: | Executive Board Member, Israel Society of Biological Psychiatry |
| 2005-present | Member Editorial Board: Law and Medicine Journal |
| 2005-2010: | Member Clinical Teaching Committee, Sackler Faculty of Medicine |
| 2006-2015: | Deputy Editor, Israel Journal of Psychiatry |
| 2008-2010: | Member Planning Committee for four-year medical degree, Sackler Faculty of Medicine |
| 2015-present | Editor, Israel Journal of Psychiatry |

## ACADEMIC AND PROFESSIONAL AWARDS

| | |
|---|---|
| 1988 | Alice Cox Award, Best medical student in psychiatry, University Witwatersrand Medical School |
| 1992-5 | Top psychiatric resident in annual national PRITE examination, Department of Psychiatry Albert Einstein College of Medicine (top 1% of all USA psychiatry residents) |
| 1994/95 | Burroughs Wellcome Leadership Award, American Medical Association (AMA) |
| 1994/95 | Mead Johnson Fellowship Award, American Psychiatric Association (APA) |
| 1995 | Young Investigator Award International Congress on Schizophrenia Research, USA |
| 1995 | Lilly Resident Research Award, American Psychiatric Association (APA) |
| 1995/96 | Young Scientist Award, 8th Biennial Winter Workshop on Schizophrenia (Switzerland) |
| 1996 | Young Investigator Award, Society of Biological Psychiatry |
| 1996/7 | Young Researcher Award, American Neuropsychiatric Association |
| 1996 | Dupont-Warren Fellowship Award, Department of Psychiatry, *Harvard Medical School* |
| 1996 | New Investigator Award (NCDEU)/National Institute Mental Health, USA (NIMH) |
| 2000 | Rafaelsen Fellowship Award, Collegium Internationale Neuropsychopharmacologicum (CINP) |
| 2001 | Fellowship Award, World Congress of Biological Psychiatry |
| 2002 | Fellowship Award, European College of Neuropsychopharmacology (ECNP) |
| 2002 | Team Award for Best Research Paper, Israel Psychiatry Association |
| 2002 | Clinical Research Award: Best Clinical Research Paper, Israel Society of Biological Psychiatry |
| 2004 | Outstanding Young Investigator Award, International Congress of Biological Psychiatry |
| 2004 | Donald Cohen Fellowship Award, International Assoc of Child Psychiatry and Allied Professions |
| 2004 | Outstanding Teacher/Lecturer of the Year, Sackler Faculty of Medicine, Tel Aviv University |
| 2006 | Certificate of Honor (research presentation), Israel Society for Biological Psychiatry |
| 2007 | Outstanding Teacher/Lecturer of the Year, Sackler Faculty of Medicine, Tel Aviv University |
| 2010 | Outstanding Employee of Year, Beer Yaakov Mental Health Center |
| 2013 | Special citation recognition, Ministry of Health, Nvei Yaakov closure operation |

## GRANTS AWARDED

| | |
|---|---|
| 2000 | Ministry Of Science: Chief Scientist Award, PRINCIPAL INVESTIGATOR, Clinical study of first-episode psychosis |
| 2000 | Israel Institute of Psychobiology Grant, PRINCIPAL INVESTIGATOR, Functional MRI investigation in first-episode schizophrenia |
| 2000 | Guggenheim Foundation Grant, PRINCIPAL INVESTIGATOR, Genetic polymorphisms in violence and aggression |
| 2000 | Israel Ministry Of Defense Research Grant, PRINCIPAL INVESTIGATOR, Novel pharmacological management of treatment resistant PTSD |
| 2000 | NARSAD Young Investigator Award, PRINCIPAL INVESTIGATOR, Novel augmentation strategies with neurosteroids in schizophrenia |
| 2002 | Stanley Foundation Grant, CO- PRINCIPAL INVESTIGATOR, Neurosteroids in schizophrenia |
| 2002 | India-Israel Research Project, CO-INVESTIGATOR, Genetics of Schizophrenia |
| 2002 | Dreyfuss Health Foundation, PRINCIPAL INVESTIGATOR, Treatment resistant schizophrenia |
| 2003 | Stanley Foundation Grant, PRINCIPAL INVESTIGATOR, Methyl donors in schizophrenia |
| 2003 | NARSAD Young Investigator Award, PRINCIPAL INVESTIGATOR, Neurosteroids and management of treatment resistance and medication related side-effects in schizophrenia |
| 2007 | Mordechai Ofer Research Award Grant, Tel Aviv University, PRINCIPAL INVESTIGATOR, Psychiatry during the Nazi era, its relevance today and ethical ramifications for current practice |
| 2014 | Claims Conference on Jewish Material Claims Against Germany: Jewish Mentally Ill during the Nazi Era – Research, Educational and Exhibition Project |

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 2003-2014 | World Society of Biological Psychiatry |
| 2003 | International Group Therapy Association |
| 2001-present | European College of Neuropsychopharmacology (ECNP) |
| 1999-present | Israel Medical Society |
| 1999-present | Israel Psychiatric Association |

| | |
|---|---|
| 1999-2014 | Israel Society for Biological Psychiatry |
| 1996 | American College of Forensic Examiners |
| 1996-8 | Massachusetts Society of Medicine, USA |
| 1994-8, 2006 | International Society of Political Psychology |
| 1992-1998 | American Psychiatric Association |
| 1990 | South African Medical & Dental Council |
| 1990 | General Medical Council (Great Britain) |

## Peer Reviewed Publications: Rael D. Strous MD

1. **Strous, R.D.,** Cowan, N., Ritter, W., Javitt, D.C. Auditory sensory ("echoic") memory dysfunction in schizophrenia. *American Journal of Psychiatry*;152:10, 1517-1519, 1995.

2. **Strous, R.D.**, Javitt, D.C. The NMDA Receptor and Schizophrenia. *The Israel Journal of Medical Sciences*; 32:275-281, 1996.

3. Javitt, D.C , **Strous, R. D**., Grochowski, S., Ritter, W, Cowan, N. Impaired precision, but normal retention, of auditory sensory memory information in schizophrenia. *Journal of Abnormal Psychology*;106:315-324, 1997.

4. **Strous R.D.,** Bark N, Parsia S, Volavka J, Lachman H. M. Analysis of a functional Catechol-O-Methyltransferase gene polymorphism in schizophrenia: Evidence for association with aggressive and antisocial behavior. *Psychiatry Research*;69:71-77, 1997.

5. **Strous R. D.**, Bark N, Woerner M, Lachman HM. Lack of an association of a functional Catechol-O-Methyltransferase gene polymorphism in schizophrenia. *Biological Psychiatry*;41:493-495, 1997.

6. Sheitman BB, Lee H, **Strous R**, Lieberman JA. The evaluation and treatment of first-episode psychosis. Schizophrenia Bulletin;23:653-661, 1997.

7. **Strous RD**, Patel JK, Green AI. Clozapine in the treatment of refractory mania. *Essential Psychopharmacology*; 2:385-402, 1998.

8. Green AI, Zimmet S, **Strous RD**, Schildkraut JJ. Substance use disorder and schizophrenia: Do patients with schizophrenia have a reward deficiency syndrome that can be ameliorated by clozapine. *Harvard Review of Psychiatry*;6:289-296, 1999.

9. **Strous RD**, Patel JK, Zimmet S, Green AI. Clozapine / Paroxetine in the treatment of schizophrenia with disabling obsessive compulsive features. *American Journal of Psychiatry*;156:973-974, 1999.

10. Zimmet SV, **Strous RD**, Burgess ES, Kohnstamm S, Green AI. Effects of clozapine on substance use in patients with schizophrenia and schizoaffective disorder: a retrospective survey. *Journal of Clinical Psychopharmacology*;20:94-8, 2000.

11. **Strous RD**, Shtain M, Oselka-Goren H, Lustig M, Stryjer R, Zerzion M, Baruch Y, Chelben J. Anticipatory Reactions of Psychiatric Inpatients to the Year 2000. *Journal of Nervous and Mental Disease* 2000;188:786-788.

12. **Strous RD**. Halakhic Sensitivity to the Psychotic Individual - the *Shoteh*. *Assia Jewish Medical Ethics*;4(1), 2000.

13. Ilani T, Ben-Shachar D, **Strous RD**, Mazor M, Sheinkman A, Kotler M, Fuchs S. A novel peripheral marker for schizophrenia: Increased levels of $D_3$ dopamine receptor mRNA in blood lymphocytes. *Proceedings of National Academy of Sciences* (PNAS), USA 2001;98:625-8.

14. **Strous RD**, Spivak B, Yoran-Hegesh R, Maayan R, Averbuch E, Kotler M, Mestor R, Weizman A. Analysis of neurosteroid levels in attention deficit hyperactivity disorder. *International Journal of Neuropsychopharmacology* 2001 ;4:259-64

15. **Strous RD**, Pollack S, Robinson D, Sheitman B, Lieberman JA. Seasonal Admission Patterns in First Episode Psychosis, Chronic Schizophrenia and Non-Schizophrenic Psychoses. *Journal of Nervous and Mental Diseases* 2001;189:642-4

16. Buchman N, **Strous RD**, Ulman A-M, Lerner M, Kotler M. Olanzapine-Induced Leukopenia with HLA Profiling. *International Clinical Psychopharmacology* 2001 Jan;16(1):55-7

17. Chelben J, **Strous RD**, Lustig M, Baruch Y. The alleviation of SSRI-induced akathisia following a switch to nefazodone. *Journal of Clinical Psychiatry* 2001;62:570-1.

18. Stryjer R, **Strous RD,** Bar F, Ulman A-M, Rabey JM. Segmental Dystonia as the Sole Manifestation of Carbamazepine Toxicity. *General Hospital Psychiatry* 2002;24:114-5.

19. Buchman N, **Strous RD**, Baruch Y. Side effects following long term treatment with Fluoxetine. *Clinical Neuropharmacology* 2002;25:55-7.

20. Stryjer R, Bar F, **Strous RD**, Baruch Y, Rabey JM. Donepezil management of schizophrenia with associated dementia. *Journal of Clinical Psychopharmacology* 2002;22:226-229.

21. Buchman N, **Strous RD**, Ulman A-M, Lerner M,  Kotler M. HLA profiling in olanzapine-induced leucopenia. *Psychiatry Review Series* 2002;3:12-13.

22. Iancu I, **Strous RD.**  Caffeinism: History, Clinical Features, Diagnosis and Treatment. *Pharmacopsychoecologia* 2002;15

23.    Szeszko PR, **Strous RD**, Goldman RS, Ashtari M, Knuth KH, Lieberman JA, Bilder RM. Neuropsychological correlates of hippocampus volumes in first-episode schizophrenia. *American Journal of Psychiatry* 2002;159:217-26.

24. Segman RH, Heresco-Levy U, Yakir A, Goltser T, **Strous RD**, Greenberg D, Lerer B. Interactive effect of cytochrome P450 17α-hydroxylase and dopamine D3 receptor gene polymorphisms on abnormal involuntary movements in chronic schizophrenia. *Biological Psychiatry*. 2002;;51:261-3.

25. Green AI, Burgess ES, Zimmet SV, Dawson R, **Strous RD**. Cannabis use in schizophrenia: Effects of risperidone vs. clozapine. *Schizophrenia Research* 2003;60:81-5.

26. Rafael Stryjer, **Rael D. Strous**, Faina Bar, Edith Werber, Ginette Shaked, Yosef Buhiri, Moshe Kotler, Abraham Weizman, Jose M. Rabey Beneficial effect of donepezil augmentation in the management of comorbid schizophrenia and dementia *Clinical Neuropharmacology* 2003;26:12-7

27. **Rael D. Strous,** Rachel Maayan, Raya Lapidus, Rafael Stryjer, Michal Lustig, Moshe Kotler, Abraham Weizman Value of Dehydroepiandrosterone (DHEA) Augmentation in the Management of Negative Symptoms in Schizophrenia. *Archives of General Psychiatry* 2003;60:133-141

28. Rafael Stryjer, **Rael D. Strous**, Ginette Shaked, Faina Bar, Boris Feldman, Moshe Kotler, Lea Polak, Silvio Rosenzweig, Avraham Weizman. Amantadine as augmentation therapy in the management of treatment resistant depression. *International Clinical Psychopharmacology* 2003;18:93-6.

29. **Rael D. Strous**, Rafael Stryjer, Noah Keret, Margarita Bergin, Moshe Kotler. Reactions of Psychiatric and Medical Inpatients to Terror and Security Instability in Israel. *Journal of Nervous and Mental Disorders* 2003;191:126-129.

30. S Shifman, M Bronstein, M Sternfeld, A Shalom, E Lev-Lehman, N Grisaru, L Karp, M Kotler, H Y. Knobler, I Reznik, R Schiffer, E Shinar, B Spivak, **RD. Strous**, M Swartz-Vanetik, A Weizman, B Yakir, Neil Risch, N B. Zak and A Darvasi, A highly significant association between a COMT haplotypes and schizophrenia. *American Journal of Human Genetics* 2002 6:1296-302

31. Rafael Stryjer, **Rael D. Strous**,  Faina Bar,  Michael Poyurovsky  Avraham Weizman , Moshe Kotler. Treatment of neuroleptic induced akathisia with the 5HT$_{2a}$ antagonist trazodone.  *Clinical Neuropharmacology* 2003;26:137-41.

32. **Rael Strous**, Karen Nolan, Raya Lapidus, Takuya Saito, Herbert M. Lachman. Aggressive behavior in schizophrenia is associated with the low enzyme activity COMT polymorphism: A replication study. *American Journal of Medical Genetics* 2003;120:29-34.

33. **Rael D. Strous** MD, Rafael Stryjer MD, Moshe Zerzion MD, Mordechai Weiss MD, Faina Bar MD . Accent Mimicry: - a Newly Described Imitation Phenomenon of Psychosis? *Israel Medical Association Journal* 2003; 5:61-2.

34. Yaffa Vered, Pavel Golubchik, Tamar Mozes, **Rael Strous**, Allon Nechmad, Roberto Mester, Abraham Weizman, Baruch Spivak. The platelet poor plasma 5-HT response to carbohydrate rich meal administration in adult autistic patients compared to normal controls. *Human Psychopharmacology* 2003;18:395-9.

35. Orly Perl, Tal Ilani, **Rael D. Strous**, Raya Lapidus, Sara Fuchs. □he α7 Nicotinic Acetylcholine Receptor in Schizophrenia: Decreased mRNA Levels in Peripheral Blood Lymphocytes *FASEB Journal* 2003;17:1948-1950.

36. Rachel Maayan, Baruch Spivak, **Rael Strous**, Allon Nechmad, Roni Yoran-Hegesh, Elena Averbuch, Roberto Mester, Abraham Weizman. Chronic methylphenidate treatment increases plasma levels of dehydroepiandrosterone and dehydroepiandrosterone sulphate in attention deficit hyperactivity disorder. *Neuropsychobiology*. 2003;48:111-5.

37. Segman, R.H., Goltser, T., Heresco-Levy U., Finkel, B., **Strous, RD.**, Shalem, R., Schlafman, M., Yakir, A., Greenberg, D., Lerner, A., Shelevoy, A., Lerer, B. Association of dopaminergic and

serotonergic genes with tardive dyskinesia in patients with chronic schizophrenia. *Pharmacogenomics* J. 2003;3:277-83.

38. V Lerner, I Libov, M Kotler, **RD Strous**. Combination of Atypical Neuroleptics in Treatment of Resistant Schizophrenic and Schizoaffective Patients. *Progress in Neuro-psychopharmacology and Biological Psychiatry* 2004;28:89-98.

39. Kotler M, **Strous RD**, Reznik I, Shwartz S, Weizman A, Spivak B. Sulpiride Augmentation of Olanzapine in the Management of Treatment-Resistant Chronic Schizophrenia: Evidence for Improvement of Mood Symptomatology. *International Clinical Psychopharmacology* 2004;19:23-26.

40. Ginette Shaked, Noa Renert, Israela Mahuda, **Rael D. Strous**. Psychiatric Care in the Middle East: A "Mental Health Supermarket" in the Town of Lod. *Psychiatric Rehabilitation Journal* 2004;27:207-211.

41. Ilya Reznik, Iris Yavin, Rafael Stryjer, Baruch Spivak, Noah Gonen, Moshe Kotler, **Rael Strous**, Abraham Weizman, Roberto Mester . Clozapine in the treatment of obsessive-compulsive symptoms in schizophrenia. A case series study. *Pharmacopsychiatry* 2004;37(2):52-6.

42. Iulian Iancu, **Rael D. Strous**, Nadav Nevo, Joseph Chelben. A Table Tennis Tournament in the Psychiatric Hospital: description and suggestion for salutogenic implications. *International Journal of Psychosocial Rehabilitation* 2004;9:11-16.

43. Stopkova P, Saito T, Papolos DF, Vevera J, Paclt I, Zukov I, Bersson YB, Margolis BA, **Strous RD**, Lachman HM. Identification of PIK3C3 promoter variant associated with bipolar disorder and schizophrenia. *Biological Psychiatry* 2004 55:981-988.

44. Rafael Stryjer, Daniel Grupper, **Rael Strous**, Michael Poyurovsky, Abraham Weizman. Mianserin for the rapid improvement of chronic akathisia in a schizophrenia patient. *European Psychiatry* 2004 19:237-8

45. **Strous RD**, Ofir D, Brodsky O, Yakirevitch J, Drannikov A, Navo N, Kotler M. Reactions of Psychiatric Inpatients to the Threat of Biological and Chemical Warfare in Israel. *Journal of Nervous and Mental Disorders* 2004;192(4):318-323.

46. **Strous RD**, Strjyer R, Ofir D, Weiss M, Bar F, Baruch Y, Kotler M. DSMIV self-evaluation by psychiatrists. *Israel Journal of Psychiatry* 2004;41:197-207.

47. **Strous RD**, Alvir J, Robinson D, Sheitman B, Chakos M, Lieberman JA. Premorbid function in Schizophrenia, relation to baseline symptoms, treatment response and medication side-effects. *Schizophrenia Bulletin* 2004;30:265-78

48. Maayan R, Kaplan B, **Strous RD**, Abou Kaud M, Fisch B, Shinnar N, Weizman A. The influence of parturition on the level and synthesis of sulfated and free neurosteroids in rats. *Neuropsychobiology* 2004;49:17-23.

49. Shifman S, Bronstein M, Sternfeld M, Pisanté A, Weizman A, Reznik I, Spivak B, Grisaru N, Karp L, Schiffer R, Kotler M, **Strous RD**, Swartz-Vanetik M, Y. Knobler HY, Shinar E, Yakir B, Zak NB, Darvasi A. COMT: A common susceptibility gene in bipolar disorder and schizophrenia. *American Journal of Medical Genetics* 2004 ;128B(1):61-4.

50. Ritsner M, Maayan R, Gibel A, **Strous RD**, Modai I, Weizman A. Elevation of the Cortisol/Dehydroepiandrosterone and Cortisol/Dehydroepiandrosterone Sulfate Ratios in Medicated Schizophrenia Inpatients . *European Neuropsychopharmacology* 2004;14:267-273.

51. Rafael Stryjer, **Rael Strous**, Faina Bar, Ginette Shaked, Roni Shiloh, Silvio Rozencweig, Daniel Grupper, Nili Buchman, Moshe Kotler, J. Martin Rabey, Abraham Weizman. Donepezil augmentation of clozapine monotherapy: a preliminary double-blind cross over study. *Human Psychopharmacology: Clinical & Experimental* 2004 19:343-6.

52. Baruch Spivak, Pavel Golubchik, Tamar Mozes, Yaffa Vered, Abraham Weizman, **Rael D. Strous.** Low Platelet-Poor Plasma Levels of Serotonin in Adult Autistic Patients *Neuropsychobiology*. 2004;50(2):157-60

53. **Strous RD**, Kotler M. The Ripple Effect of the Toll of Terror. *Israel Medical Association Journal* 2004;6:425-426.

54. Iancu I, **Strous R**, Kotler M. Schizophrenia. Aurora, Medical Publications 2004

55. Ilani T, **Strous RD**, Fuchs S. Dopaminergic regulation of immune cells via D3 dopamine receptor: a pathway mediated by activated T cells. *FASEB* 2004;18:1600-2.

56. **Rael D. Strous**, Vladimir Lerner. Multiple versus single antipsychotic agents for hospitalized psychiatric patients: case-control study of risks versus benefits. *American Journal of Psychiatry* 162(3):631-2

57. **Strous RD.** Dehydroepiandrosterone (DHEA) Augmentation in the Management of Schizophrenia Symptomatology. *Essential Psychopharmacology* 2005;6:141-7.

58. **Rael D. Strous,** Rachel Maayan, Raya Lapidus, Leonid Goredetsky, Ella Zeldich, Moshe Kotler, Abraham Weizman. Increased Circulatory Dehydroepiandrosterone (DHEA) and Dehydroepiandrosterone-Sulphate (DHEA-S) in First-Episode Schizophrenia: Relationship to Gender, Aggression and Symptomatology. *Schizophrenia Research* 2004;71:427-34.

59. Erika Mendelsohn, Michal Rosenthal, Yosef Bohiri, Edith Werber, Moshe Kotler, **Rael D. Strous**. Rivastigmine Augmentation in the Management of Chronic Schizophrenia with Comorbid Dementia: An Open-Label Study investigating effects on Cognition, Behavior and Activities of Daily Living. *International Clinical Psychopharmacology* 2004;19:319-24.

60. **Rael D. Strous**, Yehuda Shoenfeld. The Revisiting of Old Ghosts: Prenatal Viral Exposure and Schizophrenia. *Israel Medical Association Journal* (editorial) 2005;7:43-5..

61. Bernard Lerer, Ronnen H. Segman, Ene-Choo Tan , Vincenzo S. Basile, Roberto Cavallaro, Harald N. Aschauer, **Rael D. Strous**, Siow-Ann Chong, Massimiliano Verga, Joachim Scharfetter, Herbert Y. Meltzer, James L. Kennedy, Fabio Macciardi. Genetic architecture of a complex neuropsychiatric phenotype: Combined analysis of 635 patients confirms an age-related association of the 5-HT2A receptor gene with tardive dyskinesia and specificity for the non-orofacial subtype. *International Journal of Neuropsychopharmacology* 2005 Apr 28;:1-15

62. **Strous RD**. The *Shoteh* and Psychosis in Halacha with Contemporary Clinical Application. *Torah U'Madah* 2004;12:158-178.

63. **Rael D. Strous,** Pavel Golubchik, Rachel Maayan, Tamar Mozes, Dafna Tuati-Werner, Abraham Weizman, Baruch Spivak. Lowered DHEA-S Plasma Levels in Adult Individuals with Autistic Disorder. *European Neuropsychopharmacology* 2005 May;15(3):305-9.

64. Arie Shlosberg, **Rael D. Strous**. Long-Term Follow-up (32 years) of PTSD in Yom Kippur War Veterans. *Journal of Nervous and Mental Disease* 2005;193:693-6.

65. **RD Strous**, Y Ratner, A Gibel, A Ponizovsky, M Ritsner. Longitudinal multidimensional assessment of coping strategies at exacerbation and stabilization in schizophrenia. *Comprehensive Psychiatry* 2005;46:167-175

66. Rachel Maayan, **Rael D. Strous**, Machmoud Abou-Kaoud, Abraham Weizman. The Effect of 17β Estradiol Withdrawal on the Level of Brain and Peripheral Neurosteroids in Ovarectomized Rats. *Neuroscience Letters* 2005;384:156-61.

67. Iulian Iancu, **Rael D Strous**, Sergio Marchevsky, Amir Poreh, Yossi Chelben, Moshe Kotler. Psychiatric inpatients' reactions to the SARS epidemic: an Israeli survey. *Israel Journal of Psychiatry* (in press)

68. Neil Laufer, Rachel Maayan, Haggai Hermesh, Sofi Marom, Royi Gilad, **Rael Strous**, Abraham Weizman. Involvement of GABA$_A$ receptor modulating neuroactive steroids in patients with social phobia. *Psychiatric Research* 2005;137:131-6.

69. Tali Nachshoni, Tanya Ebert, Yehuda Abramovitch, Miriam Assael-Amir, Moshe Kotler, Rachel Maayan, Abraham Weizman, **Rael .D. Strous**. Improvement of Extrapyramidal Symptoms following DHEA Administration in Antipsychotic Treated Schizophrenia Patients: A 7-Day Randomized, Double-Blind Placebo Controlled Trial. *Schizophrenia Research*. 2005

70. Iancu I, **Strous RD**. Caffeinism: History, Clinical, Diagnosis and Treatment. *Harefuah* 2006;145:147-51.

71. Yehuda Baruch, Moshe Kotler, Joy Benatov, **Rael D. Strous**. Psychiatry Admissions and Hospitalization in Israel: An Epidemiological Study of Where We Stand Today and Where We Are Going. *Israel Medical Association Journal*. 2005;7:803–807.

72. **Strous RD**, Bar F, Keret N, Lapidus R, Kosov N, Chelben J, Kotler M. Analysis of Clinical Characteristics and Antipsychotic Medication Prescribing Practices of First Episode Psychosis: A Naturalistic Prospective Study. *Israel J Psychiatry Related Sciences* 2006;43:2-9.

73. **Strous RD**. Euthansia of the Mentally Ill. *American Journal of Psychiatry* 2006;163:27.

74. **Rael D Strous**, Mordechai Weiss, Irit Felsen, Boris Finkel, Yuval Melamed, Moshe Kotler, Dori Laub. Video Testimony of Long-Term Hospitalized Psychiatrically Ill Holocaust Survivors. *American Journal of Psychiatry* 2005 162: 2287-2294.

75. **Rael D. Strous**, Raya Lapidus, Dina Viglin, Moshe Kotler, Herbert M. Lachman. Lack of an Association between the COMT polymorphism and Clinical Symptoms in Schizophrenia. *Neuroscience Letters* 2005 Oct 15.

76. Baruch Greenwald, Oshrit Ben-Ari, **Rael D. Strous**, Dori Laub. Psychiatry, Testimony, and Shoah : Reconstructing the Narratives of the Muted. *Social Work and Health Care* 2006;43:199-214.

77. Baruch Spivak, **Rael D. Strous**, Ginette Shaked, Evgeny Shabash, Moshe Kotler, Abraham Weizman. Reboxetine versus Fluvoxamine in the Treatment of Motor Vehicle Accident Related Post Traumatic Stress Disorder: A Double-Blind, Fixed-Dosage Controlled Trial. *Journal of Clinical Psychopharmacology* 2006;26:152-156.

78. **Strous RD,** Maayan R, Kotler M, Weizman A. Effects on Hormonal Profile following Dehydroepiandrosterone (DHEA) Administration to Schizophrenia Patients. *Clinical Neuropharmacology*. 2005; 28:265-269.

79. **Rael D. Strous,** Rachel Maayan, Abraham Weizman. The Relevance of Neurosteroids to Clinical Psychiatry: From the Laboratory to the Bedside. *European Neuropsychopharm* 2006;16:155-69.

80. **Rael D. Strous**. Hitler's Psychiatrists: Healers and Researchers Turned Executioners and its Relevance Today. *Harvard Review of Psychiatry* 2006;14:30-7.

81. Mendelsohn A, **Strous RD**, Bleich M, Assaf Y, Hendler T. Regional Axonal Abnormalities in First-Episode Schizophrenia: Evidence Based on High b-value Diffusion Weighted Imaging. *Psychiatry Research*: 2006 Mar 6.

82. Perl O, **Strous RD**, Dranikov A, Chen R, Fuchs S. Low levels of alpha7 nicotinic acetylcholine receptor mRNA on peripheral blood lymphocytes in schizophrenia and its association with illness severity. *Neuropsychobiology* 2006;53:88-93.

83. Kipnis J, Cardon M, **Strous RD**, Schwartz M, Loss of autoimmune T cells correlates with brain diseases: implications for schizophrenia? *Trends In Molecular Medicine* 2006 Feb 7; [Epub ahead of print].

84. **Strous RD**, Greenbaum L, Kanyas K, Merbl Y, Horowitz A, Karni O, Viglin D, Olender T, Deshpande SN, Lancet D, Ben-Asher E, Lerer B. Association of the dopamine receptor interacting protein gene, *NEF3*, with early response to antipsychotic drugs. International Journal of *Neuropsychopharmacology* 2006:1-13 [Epub ahead of print]

85. Kupchik M, **Strous RD**, Erez R, Gonen N, Weizman A, Spivak B. Demographic and Clinical Characteristics of Motor Vehicle Accident Victims in the Community General Health Outpatient Clinic: A Comparison of Post-Traumatic Stress Disorder (PTSD) and Non-PTSD subjects. *Depression and Anxiety* 2006 Sep 25; [Epub ahead of print]

86. **Strous RD**, Kupchik M, Roitman S, Schwartz S, Gonen N, Mester R, Weizman A, Spivak B. Comparison between Risperidone, Olanzapine, and Clozapine in the Management of Chronic Schizophrenia: A Naturalistic Prospective 12-Week Observational Study. *Human Psychopharmacology* 2006;21:235-243..

87. Ritsner MS, Gibel A, Ratner Y, Tsinovoy G, **Strous RD.** Dehydroepiandrosterone as Additive Treatment in Schizophrenia: A randomized double-blind, placebo-controlled, crossover trial *Journal of Clinical Psychopharmacology* 2006;26:495-499.

88. **Strous RD**, Ulman A, Kotler M. The Hateful Patient Revisited: Relevance for 21st Century Medicine. *European Journal of Internal Medicine* 2006;17: 387-393.

89. **Strous RD**, Stryjer R, Maayan R, Gal G, Viglin D, Katz E, Eisner, D, Weizman A. Analysis of Clinical Symptomatology, Extrapyramidal Symptoms and Neurocognitive Dysfunction following Dehydroepiandrosterone (DHEA) Administration in Olanzapine Treated Schizophrenia Patients: A Randomized, Double-Blind Placebo Controlled Trial *Psychoneuroendocrinology* 2007;32:96-105.

90. **Strous RD**, Shoenfeld Y. Schizophrenia, Autoimmunity and Immune System Dysregulation: A Comprehensive Model Updated and Revisited *Journal of Autoimmunity* 2006;27:71-80.

91. Golubchik P, Lewis M, Maayan R, Sever J, **Strous RD**, Weizman A. Neurosteroids in child and adolescent psychopathology *European Neuropsychopharmacology* 2007 Feb;17(3):157-64.

92. **Strous RD**, Shoenfeld Y. To Smell the Immune System: Olfaction, Autoimmunity and Brain Involvement. *Autoimmunity Reviews* 2006;6:54-60.

93. Maayan R, Touati-Werner D, Ram E, **Strous RD**, Keren O, Weizman A. The protective effect of frontal cortex dehydroepiandrosterone in anxiety and depressive models in mice. *Pharmacology, Biochemistry and Behavior* 2006;85:415-21.

94. Lepkifker E, Kotler M, Horesh N, **Strous RD,** Iancu I. Experience with Lithium Therapy in Mood Disorders among the Middle Aged and Elderly Patient Subpopulation. Depression and Anxiety 2007;24(8):571-6.

95. Zivotofsky AZ, Edelman S, Green T, Fostick L, **Strous RD.** Hemisphere asymmetry in Schizophrenia as revealed through line bisection, line trisection and letter cancellation. Brain Research 2007;1142:70-9.

96. Iancu I, Tchernihovsky E, Maayan R, Poreh A, Dannon P, Kotler M, Weizman A, **Strous RD**. Circulatory neurosteroid levels in smoking and non-smoking chronic schizophrenia patients. *European Neuropsychopharmacology* 2007;17:541-5.

97. Greenbaum L,* **Strous RD**, * Kanyas K, Merbl Y, Horowitz A, Karni O, Katz E, Kotler M, Olender T, Deshpande SN, Lancet D, Ben-Asher E, Lerer B. (*equal contribution). Association of the RGS2 gene with extrapyramidal symptoms (EPS) induced by treatment with antipsychotic medication. *Pharmacogenetics and Genomics* 2007;17:519-28.

98. **Strous RD**, Edelman MC. Eponyms and the Nazi Era: Time to remember and time for change. Israel Medical Association Journal 2007;9:207-14.

99 **Strous RD.** Nazi Psychiatry: Ethical Lessons for the Modern Professional. *Annals of General Psychiatry* 2007;6:8.

100 **Strous RD**, Mishali N, Ranan Y, Benyatov J, Green D, Zivotofsky AZ. Confronting the bomber: Coping at the site of previous terror attacks. *Journal of Nervous and Mental Disease* 2007;195:233-9.

101. **Strous RD.** Political Activism: Should Psychologists and Psychiatrists Try to Make a Difference? *Israel Journal of Psychiatry* 2007;44:12-7.

102 **Strous RD**, Laub D. Video Testimony in the Management of Chronic PTSD. *Directions in Psychiatry* 2007;27:35-41.

103. Greenbaum L, Smith RC, Rigbi A, **Strous R**, Teltsh O, Kanyas K, Korner M, Lancet D, Ben-Asher E, Lerer B. Further evidence for association of the *RGS2* gene with antipsychotic induced parkinsonism: Protective role of a functional polymorphism the 3'untranslated region. *Pharmacogenomics Journal* 2008 Mar 18. [Epub ahead of print]

104. Zivotofsky AZ, Oron L, Hibsher-Jacobson L, Weintraub Y, **Strous RD** . Finding the hidden faces: Schizophrenic patients fare worse than healthy subjects. *Neuropsychologia* 2008;46:2140-4.

105. **Strous RD**, Gibel A, Maayan R, Weizman A, Ritsner MS. Hormonal response to dehydroepiandrosterone administration in schizophrenia: Findings from a randomized, double-blind, placebo-controlled, crossover study. *Journal Clinical Psychopharmacology* 2008;28:456-9.

106. **Strous RD**, Ritsner MS, Adler S, Ratner Y, Maayan R, Kotler M, Lachman H, Weizman A. Improvement of Aggressive Behavior and Quality of Life Impairment Following S-Adenosyl-Methionine (SAM-e) Augmentation in Schizophrenia. *European Neuropsychopharmacology* 2008 Sep 26. [Epub ahead of print]

107. Nachshoni T, Abramovitch Y, Lerner V, Assael-Amir M, Kotler M, **Strous RD**. Psychologist's and Social Workers' Self-Descriptions Using DSM-IV Psychopathology. *Psychological Reports* 2008;103:173-88.

108. Stryjer R, Spivak B, **Strous RD**, Shiloh R, Harary E, Polak L, Birgen M, Kotler M, Weizman A. Trazodone for the Treatment of Sexual Dysfunction Induced by Serotonin Reuptake Inhibitors: A Preliminary Open-Label Study. *Clinical Neuropharmacology* 2008 Oct 23. [Epub ahead of print]

109. Strous R. Extermination of the Jewish mentally-ill during the Nazi era--the "doubly cursed". *Isr J Psychiatry Relat Sci*. 2008;45(4):247-56.

110. **Strous RD**. To Protect or to Publish: Confidentiality and the Fate of the Mentally-Ill Victims of Nazi Euthanasia. *Journal of Medical Ethics* 2009;35:361-364.

111. **Strous RD.** Dr Irmfried Eberl (1910-1948): Mass murdering MD *Israel Medical Association Journal (IMAJ)* 2009;11:216-218

112. **Strous RD**, Maayan R, Kaminsky M, Weizman A, Spivak B. DHEA and DHEA-S Levels in Hospitalized Adolescents with First-Episode Schizophrenia and Conduct Disorder: a comparison study. *European Neuropsychopharmacology* 2009;19:499-503.

113. Cohen-Yavin I, Yoran-Hegesh R, **Strous RD**, Kotler M, Weizman, A,, Spivak B. Efficacy of reboxetine in the treatment of attention-deficit hyperactivity disorder in boys with intolerance to methylphenidate. An open-label, 8-week, methylphenidate- controlled trial. *Clinical Neuropharmacology* 2009;32:179-82.

114. Bleich-Cohen M, **Strous RD**, Even R, Yovel G, Iancu, I, Olmer A, Hendler T. Diminished neural sensitivity to irregular facial expression in first-episode schizophrenia. *Human Brain Mapping* 2009;30:2606-16.

115. Ritsner MS, **Strous RD**. Neurocognitive deficits in schizophrenia are associated with alterations in blood levels of neurosteroids: a multiple regression analysis of findings from double-blind, randomized, placebo-controlled, crossover trial with DHEA. *Journal of Psychiatry Research* 2010 Jan;44(2):75-80.

116. **Strous RD**, Koppel M, Fine J, Nahaliel S, Shaked G, Zivotofsky AZ. Automated Characterization and Identification of Schizophrenia in Writing. *Journal of Nervous and Mental Disease* 2009;197:585-8.

117. Bleich M, Hendler T, Kotler M, **Strous RD**. Reduced language Lateralization in First-episode Schizophrenia: An fMRI Index of Functional Asymmetry. *Psychiatry Research;* 2009;171:82-93.

118. **Strous RD.** Antisemitism and the History of Medicine, the Challenge Then and Now. *Israel Medical Association Journal (IMAJ)* (2010, in press)

119. **Strous RD**, Jotkowitz A. Ethics and research in the service of asylum seekers. *Am J Bioeth.* 2010 Feb;10(2):63-5.

120. **Strous RD.** Psychiatric genocide: reflections and responsibilities. *Schizophr Bulletin.* 2010;36:208-10.

121. Gesundheit B, Reichenberg E, **Strous RD**. Resilience: Message from a "Mengele twin" survivor. *Psychiatric Services* 2011 Oct;62(10):1127-9.

122. **Strous RD.** Ethical Considerations in Clinical Training, Care and Research in Psychopharmacology. *International Journal of Neuropsychopharmacology* 2011 Apr;14(3):413-24.

123. Kritchmann Lupo M, **Strous RD**. Religiosity and anxiety and depression among Israeli medical students. Israel Medical Association Journal 2011 Oct;13(10):613-8.

124. Bergman Levy T, Azur S, Huberfeld R, Siegel AM, **Strous RD** Attitudes towards euthanasia and assisted suicide: a comparison between psychiatrists and other physicians. *Bioethics* 2012 Apr 12.. [Epub ahead of print]

125. Shlomi I, Harari L, Baum M, **Strous RD**. Postpartum PTSD: The uninvited birth companion *Israel Medical Association Journal* 2012 Jun;14(6):347-53.

126. Stryjer R, Ophir D, Bar F, Spivak B, Weizman A, **Strous RD**. Rivastigmine treatment for the prevention of electroconvulsive therapy-induced memory deficits in patients with schizophrenia. *Clin Neuropharmacol.* 2012 Jul-Aug;35(4):161-4

127. Olmer A, Iancu I, **Strous RD**. Exposure to antidepressant medications and suicide attempts in adult depressed inpatients. *J Nerv Ment Dis.* 2012 Jun;200(6):531-4.

128. Greenberg B, **Strous RD**. Werther's syndrome: copycat self-immolation in Israel with a call for responsible media response. *Isr Med Assoc J.* 2012 Aug;14(8):467-9.

129. Zivotofsky AZ, **Strous RD**. A perspective on the electrical stunning of animals: are there lessons to be learned from human electro-convulsive therapy (ECT)? *Meat Sci.* 2012 Apr;90(4):956-61.

130. **Strous RD**. The physician and the media: flippant professionalism? Isr Med Assoc J. 2012 Mar;14:143-6.

131. Maayan R, Ram E, Biton D, Cohen H, Baharav E, **Strous RD**, Weizman A. The influence of DHEA pretreatment on prepulse inhibition and the HPA-axis stress response in rat offspring exposed prenatally to polyriboinosinic-polyribocytidylic-acid (PIC). *Neurosci Lett.* 2012 Jul 11;521(1):6-10.

132. **Strous RD**, Bergman-Levy T, Greenberg B. Postmortem brain donation and organ transplantation in schizophrenia: what about patient consent? *J Med Ethics.* 2012 Jul;38(7):442-4.

133. **Strous RD**. Ethical considerations during times of conflict: challenges and pitfalls for the psychiatrist. *Isr J Psychiatry Relat Sci.* 2013;50(2):122-8.

134. Walsh K, Elliott JC, Shmulewitz D, Aharonovich E, **Strous R**, Frisch A, Weizman A, Spivak B, Grant BF, Hasin D. Trauma exposure, posttraumatic stress disorder and risk for alcohol, nicotine, and marijuana dependence in Israel. *Compr Psychiatry.* 2013 Nov 27.

135. Lindert, J, Stein Y, Guggenheim H, Jaakkola JK, von Cranach M, **Strous RD**. How Ethics Failed –The Role of Psychiatrists and Physicians in Nazi Programs from Exclusion to Extermination, 1933-1945. *Public Health Reviews,* 2013;Vol. 34, No 1.

136. **Strous RD** Physician: make a boundary for thyself--keep out of partisan politics! *Isr Med Assoc J.* 2014;16(3):173-4.

137. **Strous RD**, Zivotofsky AZ. Looking to the Future From the Past: Take Home Lessons From Japanese World War II Medical Atrocities. Am J Bioeth. 2015;15(6):59-61.

138. Glick S, Clarfield AM, **Strous RD**, Horton R. Academic Debate: Publications Which Promote Political Agendas Have no Place in Scientific and Medical Journals, and Academics Should Refrain from Publishing in Such Journals. Rambam Maimonides Med J. 2015 Jan 29;6(1):e0003

139. **Strous RD**, Opler AA, Opler LA. Reflections on "Emil Kraepelin: Icon and Reality". Am J Psychiatry. 2016

140. Olmer A, Greenberg B, **Strous RD**. Assessing the Need for Hospitalization in Order to Conduct a Psychiatric Evaluation as part of Criminal Law Procedure. Isr Med Assoc J. 2015  Sep;17(9):533-7.


## Chapters in Books

1. Iancu I, **Strous RD.** Caffeinism: History, Clinical Features, Diagnosis and Treatment Pharmacopsychoecologia 2002;15.

2. **Strous R**. Understanding Mental Disorders: Guidelines for the Rabbi. In A practical Guide to Rabbinic Counseling. Ed. Levitz YN, Twerski AJ. Feldheim Publishers, Jerusalem, 2005.

3. **Strous R**. Suicide: The Rabbi's Role. In A practical Guide to Rabbinic Counseling. Ed. Levitz YN, Twerski AJ. Feldheim Publishers, Jerusalem, 2005.

4. Stryjer R, **Strous RD**, Shiloh R, Poyurovsky M, Weizman A. 5HT2a Antagonists for the management of neuroleptic induced acute akathisia. (in Focus on Serotonin Uptake Inhibitor Research, ed. Anne C. Shirley 2006

5. Iancu I, **Strous RD**.     Caffeinism, in Caffeine and Activation Theory, Taylor and Francis, Boca Raton, Florida 2006.

6. **Strous RD**. Neurosteroids in the aging brain. In Neuroactive Steroids in Brain Functions, and Mental Health: New Perspectives for Research and Treatment 2008.

7. **Strous RD**. Historical injustice in psychiatry with examples from Nazi Germany and others: ethical lessons for the modern professional. Coercive Treatment in Psychiatry ed Thomas Kallert 2011

8. **Strous RD**. History and its relevance in the development and teaching of research ethics In Schildmann J, Sandow V, Rauprich O, Vollmann J (eds): Human Medical Research. Ethical, Legal and Socio-Cultural Aspects. 2012.