AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OLIVIA PESCATORE, et al.,<br>*Plaintiff*<br>v.<br>JUVENAL OVIDIO RICARDO PALMERA PINEDA<br>*Defendant* | )<br>)<br>)  Civil Action No. 08-cv-02245-RMC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosemary M. Collyer  on a motion for

Motion for Default Judgment Regarding Damages [40]. The Court has ORDERED that Olivia Pescatore recover from defendants Juvenal Ovidio Ricardo Palmera Pineda et al, solatium damages in the amount of $5,000,000, which shall be trebled.

Date:  11/05/2018

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*