UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVIA PESCATORE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-2245 (TJK) |
| ) | |
| JUVENAL OVIDIO RICARDO ) | |
| PALMERA PINEDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**Joint Status Report**

Pursuant to the Court's order on February 4, 2020, the parties hereby report as follows. As noted in previous Joint Status Reports, on April 30, 2020, the U.S. District Court for the Southern District of Florida entered two Orders Adopting Report and Recommendation addressing a number of the parties' pending motions. *See Stansell v. Revolutionary Armed Forces of Columbia*, Case No. 1:19-cv-20896-RNS (S.D. Fla. ECF Nos. 339 & 340). On May 6, 2020, Samark Jose López Bello and Yakima Trading Corp. ("López Bello") filed a notice of appeal of these orders. On July 28, 2020, López Bello filed an amended notice of appeal to address additional court orders that are related to the proceedings in Florida. On August 11, 2020, López Bello filed an opening brief on the Eleventh Circuit appeal. Because the appeal is still an open unresolved matter, and there are still other open unresolved matters, including an active case involving these same parties pending before the Honorable Andrew L. Carter, U.S.D.J. in the Southern District of New York, Civ. No. 18-545, the parties hereby request this Court continue its stay.

| | |
|---|---|
| Respectfully submitted, | Date: February 1, 2021 |
| /s/ Nathaniel A. Tarnor<br>(D.C. Bar No. 985457)<br>Hagens Berman Sobol Shapiro, LLP<br>322 8th Avenue, Suite 802<br>New York, NY 10001<br>Telephone: (646) 543-4992<br>Email: NathanT@hbsslaw.com<br>Counsel for the *Pescatore* Plaintiffs | /s/ Matthew D. Osnos, Esquire<br>U.S. District Court Bar No. 371930<br>O'Malley, Miles, Nylen & Gilmore, P.A.<br>7850 Walker Dr., Ste. 310<br>Greenbelt, MD 20770<br>301-572-3238<br>mosnos@omng.com<br>Attorneys for Samark Jose López Bello and Yakima Trading Corp. |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220
[by email service directly to OFAC counsel in compliance with 31 C.F.R. § 501.605]

/s/ Nathaniel A. Tarnor
(D.C. Bar No. 985457)
Hagens Berman Sobol Shapiro, LLP
322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

Counsel for the *Pescatore* Plaintiffs