# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **OLIVIA PESCATORE,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **JUVENAL OVIDIO RICARDO** ) <br> **PALMERA PINEDA,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-2245 (TJK) |

## Joint Status Report

Pursuant to the Court's order on February 4, 2020, the parties hereby report as follows. As noted in previous Joint Status Reports, on April 30, 2020, the U.S. District Court for the Southern District of Florida entered orders that are related to issues in this case. *See Stansell v. Revolutionary Armed Forces of Columbia*, Case No. 1:19-cv-20896-RNS (S.D. Fla. ECF Nos. 339 & 340). Samark Jose López Bello and Yakima Trading Corp. ("López Bello") appealed these orders, and on August 23, 2022, the Eleventh Circuit issued an opinion to remand for a jury trial after concluding, among other matters, that there are factual issues to be resolved by the district court. *Stansell v. Revolutionary Armed Forces of Columbia*, 45 F.4th 1340 (11th Cir. 2022). Subsequently, the Southern District of Florida scheduled a jury trial and ordered Lopez Bello to comply with certain discovery orders. After Lopez Bello failed to comply, the court entered default judgements that were appealed. On October 30, 2024, the Eleventh Circuit affirmed the district court's judgments. *Stansell v. Revolutionary Armed Forces of Colombia*, 120 F.4th 754 (11th Cir. 2024). Because there are still open unresolved matters in Florida and an

active case involving these same parties pending in the Southern District of New York, Civ. No. 18-545, the parties hereby request this Court continue its stay.

| | |
|---|---|
| Respectfully submitted, | Date: November 27, 2024 |
| /s/ Nathaniel A. Tarnor<br>(D.C. Bar No. 985457)<br>Hagens Berman Sobol Shapiro, LLP<br>594 Dean Street, Suite 24<br>Brooklyn, NY 11231<br>Telephone: (646) 543-4992<br>Email: NathanT@hbsslaw.com<br>Counsel for the *Pescatore* Plaintiffs | /s/ Matthew D. Osnos, Esquire<br>U.S. District Court Bar No. 371930<br>O'Malley, Miles, Nylen & Gilmore, P.A.<br>7850 Walker Dr., Ste. 310<br>Greenbelt, MD 20770<br>301-572-3238<br>mosnos@omng.com<br>Attorneys for Samark Jose López Bello and Yakima Trading Corp. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served the foregoing document by electronic mail to the following persons:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220
[by email service directly to OFAC counsel in compliance with 31 C.F.R. § 501.605]

/s/ Nathaniel A. Tarnor
(D.C. Bar No. 985457)
Hagens Berman Sobol Shapiro, LLP
594 Dean Street, Suite 24
Brooklyn, NY 11231
Telephone: (646) 543-4992
Email: NathanT@hbsslaw.com

Counsel for the *Pescatore* Plaintiffs